08cv58
Judge DOW JR.
Mag. Judge VALDEZ

ES DISTRICT COURT
STRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): CLEMENS FRANEK**

County of Residence: ORANGE

Plaintiff's Atty: ORUM & ROTH, LLC
53 W JACKSON BLVD,
SUITE 1616
CHICAGO, IL 60604
312.922.6262

**Defendant(s): WALMART STORES, INC. and TARGET CORPORATION**

County of Residence:

Defendant's Atty:

FILED
J N
JAN X 3 2008
Jan 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **840 Trademark**

VI.Cause of Action: **15 U.S.C. Sec. 1114, AND 15 U.S.C. Sec. 1125 INFRINGEMENT OF TRADEMARK**

VII. Requested in Complaint

Class Action:
Dollar Demand:
Jury Demand: **Yes**

VIII. This case IS NOT a refiling of a previously dismissed case.

**Signature:**

**Date:** 1/3/08