# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART STORES, INC. & ) <br> TARGET CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-cv-00058 <br><br> Judge Robert M. Dow Jr. |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.3 & PLAINTIFF'S WILLINGNESS TO PARTICIPATE IN LANHAM ACT MEDIATION PROGRAM

NOW COMES the Plaintiff, Clemens Franek, through his attorney, Mark Roth of Orum & Roth, LLC, and for Plaintiff's Certificate of Compliance with Local Rule 16.3 & Plaintiff's Willingness to Participate in Lanham Act Mediation Program states:

Plaintiff filed a Complaint alleging violation of the Lanham Act against the Defendants, Walmart and Target. Plaintiff received the Waiver of Service form from Target's counsel on January 14, 2008 and a Waiver of Service form from Walmart's counsel on January 28, 2008. On that same day, January 28, 2008, counsel for Plaintiff sent to both counsels for Target and Walmart a copy of the Court's mediation procedures along with the list of the mediators.

Plaintiff desires to participate in the Lanham Act mediation program in an attempt to resolve this matter at an early juncture.

        Respecfully submitted,


        ___/s/ Mark D. Roth_____
        Mark D. Roth


Mark D. Roth
ORUM & ROTH, LLC
53 West Jackson Blvd.
Suite 1616
Chicago, IL 60604
Telephone:  (312) 922-6262