UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART STORES, INC. & )<br>TARGET CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-cv-00058<br><br>Judge Robert M. Dow Jr. |

### NOTICE OF FILING

PLEASE BE ADVISED that we have on January 28, 2008 caused to be filed **Certificate of Compliance with Local Rule 16.3 & Plaintiff's Willingness to Participate in Lanham Act Mediation Program**.

    ___/s/ Mark D. Roth_____
    Mark D. Roth

### PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Certificate of Compliance with Local Rule 16.3 & Plaintiff's Willingness to Participate in Lanham Act Mediation Program** via regular mail to counsels of record on January 28, 2008.

    ___/s/ Mark D. Roth_____
    Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262