# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and TARGET CORPORATION, a Minnesota corporation,<br><br>       Defendants. | Civil Action No. 1:08-cv-00058<br><br>Honorable Judge DOW, Jr.<br>Magistrate Judge VALDEZ |

### Certificate of Compliance with Procedures for
### <u>Voluntary Mediation Program for Lanham Act Cases</u>

Attorneys for Defendant Target Corporation ("Target"), certify that co-counsel James Steffen of the firm of Faegre & Benson sent a copy of the letter and all enclosures concerning the Voluntary Mediation Program for Lanham Act Cases (the "Mediation Program Materials"), issued by the Court on January 4, 2008, to Target Corporation on or about February 1, 2008.

                                              Respectfully submitted,

Dated: February 7, 2008       By:     <u>s/ Larry L. Saret</u>
                                                Larry L. Saret, ARDC No. 2459337
                                                    llsaret@michaelbest.com
                                                Arthur Gollwitzer, III, ARDC No. 6225038
                                                    agollwitzer@michaelbest.com
                                                Gilberto Espinoza, ARDC No. 6277437
                                                    geespinoza@michaelbest.com
                                                MICHAEL BEST & FRIEDRICH LLP
                                                Two Prudential Plaza
                                                180 N. Stetson Avenue, Suite 2000
                                                Chicago, Illinois  60601
                                                Tel:  (312) 222-0800
                                                Fax:  (312) 222-0818

Of counsel:
James R. Steffen
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Tel.: (612) 766-7000
Fax: (612) 766-1600

Attorneys for Defendant,
TARGET CORPORATION

## CERTIFICATE OF SERVICE

I, hereby certify that I caused a true and correct copy of the foregoing Defendant Target Corporation's Certificate of Compliance with Procedures for Voluntary Mediation Program for Lanham Act Cases, to be served on February 7, 2008, through CM/ECF system to:

Mark D. Roth
Orum & Roth, LLC
53 West Jackson Boulevard
Chicago, IL 60604
Telephone No. 312.922.6262
markdroth@gmail.com

                                   s/ Larry L. Saret
                                   One of the Attorneys for Defendant
                                   Target Corporation