IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEMENS FRANEK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-00058 |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART STORES, INC. & | ) | |
| TARGET CORPORATION, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.3 &
NOTICE OF DEFENDANT WAL-MART STORES, INC.'S
WILLINGNESS TO PARTICIPATE IN LANHAM ACT MEDIATION**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), through its attorneys Bryan Cave LLP, hereby submits its Certificate of Compliance with Local Rule 16.3 and Notice of Wal-Mart's Willingness to Participate in Lanham Act Mediation and states as follows:

Wal-Mart has complied with the requirements of Local Rule 16.3.  Wal-Mart agrees to participate in Lanham Act mediation in an effort to resolve this matter at an early juncture.

71317.1

Dated: February 19, 2008

Respectfully submitted,

WAL-MART STORES, INC.

By: /s/ Jena Valdetero
      One of Its Attorneys

David A. Roodman
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Mark A. Paskar
Jena Valdetero
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via the court's electronic filing system this 19th day of February, 2008, to all counsels of record:

Mark D. Roth
markdroth@gmail.com

Larry L. Saret
llsaret@michaelbest.com

Arthur Gollwitzer, III
agollwitzer@michaelbest.com

Gilberto Eduardo Espinoza
geespinoza@michaelbest.com

                                                  /s/ Jena Valdetero
                                                    Jena Valdetero

71317.1