**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEMENS FRANEK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08-cv-00058 |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART STORES, INC. & | ) | |
| TARGET CORPORATION, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:    All counsel of record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on <u>Thursday, March 13, 2008 at 9:15 a.m.</u>, the undersigned shall appear before the Honorable Robert M. Dow, Jr., in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present an AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached hereto.

Dated: March 4, 2008                    Respectfully submitted,

                                        WAL-MART STORES, INC.


                                        By: /s/ Jena Valdetero
                                            One of Its Attorneys

                                        David A. Roodman
                                        BRYAN CAVE LLP
                                        One Metropolitan Square
                                        211 North Broadway, Suite 3600
                                        St. Louis, Missouri 63102

                                        Mark A. Paskar
                                        Jena Valdetero
                                        BRYAN CAVE LLP
                                        161 North Clark Street, Suite 4300
                                        Chicago, Illinois  60601
                                        Telephone:  (312) 602-5000
                                        Facsimile:  (312) 602-5050

72155.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via the court's electronic filing system this 4th day of March, 2008, to all counsels of record:

Mark D. Roth
markdroth@gmail.com

Larry L. Saret
llsaret@michaelbest.com

Arthur Gollwitzer, III
agollwitzer@michaelbest.com

Gilberto Eduardo Espinoza
geespinoza@michaelbest.com

_____/s/ Jena Valdetero_____
Jena Valdetero