**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Clemens Franek
                        Plaintiff,

v.                                          Case No.: 1:08−cv−00058
                                              Honorable Robert M. Dow Jr.

Walmart Stores, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.: Status hearing held on 3/5/2008. MOTION by Defendant Walmart Stores, Inc. for extension of time to file answer or otherwise plead Agreed [19] is granted to and including 3/18/08. Status hearing set for 4/17/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.