UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>     Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and TARGET CORPORATION,<br><br>     Defendants. | Civil Action No. 08-cv-0058<br><br>Judge Robert M. Dow Jr. |

## WAL-MART STORES, INC.'s CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states that it has no parent company and no publicly held affiliates.

Dated: March 19, 2008

Respectfully submitted,

/s/Mark A. Paskar
David A. Roodman
daroodman@bryancave.com
Bryan Cave LLP
One Metropolitan Square, Suite 3600
St. Louis, MO  63102-2750
Tel.:     314-259-2000
Fax:     314-259-2020

Mark A. Paskar
mapaskar@bryancave.com
Jena M. Valdetero
jena.valdetero@bryancave.com
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601-3315
Tel.:     312-602-5000
Fax:     312-602-5050

*Attorneys for Defendant Wal-Mart Stores, Inc.*

- 2 -

**Certificate of Service**

      The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via the court's electronic filing system this 19th day of March, 2008, to all counsels of record:

Mark D. Roth
markdroth@gmail.com

Larry L. Saret
llsaret@michaelbest.com

Arthur Gollwitzer, III
agollwitzer@michaelbest.com

Gilberto Eduardo Espinoza
geespinoza@michaelbest.com

                                          /s/ Mark A. Paskar
                                            Mark A. Paskar