UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and TARGET CORPORATION,<br><br>    Defendants. | Civil Action No. 08-cv-0058<br><br>Judge Robert M. Dow Jr. |

## NOTICE OF FILING

PLEASE BE ADVISED that we have on March 26, 2008 caused to be filed **Answer to Wal-Mart Stores, Inc.'s Affirmative Defenses** and **Answer to Target Corporation's Affirmative Defenses and Counterclaims**.

/s/ Mark D. Roth

## PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Answer to Wal-Mart Stores, Inc.'s Affirmative Defenses** and **Answer to Target Corporation's Affirmative Defenses and Counterclaims** via ECF notification to counsels of record on March 26, 2008.

/s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262