# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CLEMENS FRANEK,

        Plaintiff,

v.

WALMART STORES, INC. and TARGET
CORPORATION,

        Defendants.

Civil Action No. 08-cv-0058

Judge Robert M. Dow Jr.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, April 17, 2008 at 9:00 a.m.**, we shall appear before the honorable Judge Dow, or any Judge sitting in his stead, in Room 1919 at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago 60604 and present **Stipulated Motion and Order to Consolidate Two Related Actions on Consent Pursuant to FRCP 42(a)**, herewith served upon you.

/s/ Mark D. Roth

## PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Stipulated Motion and Order to Consolidate Two Related Actions on Consent Pursuant to FRCP 42(a)** via ECF notification to counsels of record on April 15, 2008.

/s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262