**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Clemens Franek
                               Plaintiff,

v.                                             Case No.: 1:08−cv−00058
                                                Honorable Robert M. Dow Jr.

Walmart Stores, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

       MINUTE entry before Judge Honorable Robert M. Dow, Jr: MOTION by Plaintiff Clemens Franek for leave to file [31] Answer to Complaint, Affirmative Defenses and Counterclaims is granted. Notice of Motion date of 5/7/078 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.