UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Clemens Franek
                    Plaintiff,
v.                                                       Case No.: 1:08−cv−00058
                                                                             Honorable Robert M. Dow Jr.
Walmart Stores, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 5/21/2008. Response to motion for summary judgment (filed inadvertently in consolidated case 08 c 1313) is due on or before 7/21/08. Reply brief will be due, if no expert, on or before 8/4/08 or on 8/18/08 if there is an expert. Ruling on motion for summary judgment will be by mail. Status hearing set for 11/13/2008 at 09:00 AM.)Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.