# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 58 Consolidated with 08 C 1313 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Francek vs. Walmart | | |

**DOCKET ENTRY TEXT**

The above-entitled cases have been consolidated for all purposes. A motion for summary judgment [10] was inadvertently filed in Case 08 C 1313 and should have been filed in 08 C 58. All further pleadings to be filed only in 08 C 58.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|