UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and<br>TARGET CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLEMENS FRANEK,<br><br>　　　　Defendant. | Civil Action No. 08-Civ-1313<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

### STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF JAY FRANCO & SONS, INC. TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

All parties in this consolidated case, through counsel, have consented to and hereby stipulate to extend the time period for Plaintiff Jay Franco & Sons, Inc. to file a Reply Brief to Defendant Clemens Franeks' Opposition to Plaintiff Jay Franco & Sons, Inc.'s Motion for Partial Summary Judgment from August 4, 2008 to up to and including August 14, 2008.

1

This is Plaintiff Jay Franco & Sons, Inc.'s first request for such an extension in this case.

All counsel have provided their written consent to this Motion.

This extension is needed because counsel for Jay Franco & Sons, Inc. has been working on preparing an opposition to another motion for summary judgment in another case and needs this additional time to adequately reply to Defendant Clemens Franek's Response to Plaintiff Jay Franco & Sons, Inc.'s Motion for Partial Summary Judgment. A proposed Order accompanies this motion.

This Motion is not being filed for the purpose of delay or harassment, and it is submitted that the short extension will not result in prejudice to any party.

Dated: July 31, 2008                              JAY FRANCO & SONS, INC.


By: _____
Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9, Suite 201
Woodbridge, New Jersey 07095
(732) 634-3520 - Office
(732) 634-3511 - Fax

Attorney for Plaintiff
Jay Franco & Sons, Inc.