## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK, <br><br> Plaintiff, <br><br> v. <br><br> WALMART STORES, INC. and TARGET CORPORATION, <br><br> Defendants. | Civil Action No. 08-Civ-0058 <br><br> Judge Robert M. Dow, Jr. <br><br> *JURY DEMAND* |
| JAY FRANCO & SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEMENS FRANEK, <br><br> Defendant. | Civil Action No. 08-Civ-1313 <br><br> Judge Robert M. Dow, Jr. <br><br> *JURY DEMAND* |

## STIPULATED CONSENT ORDER EXTENDING TIME FOR PLAINTIFF JAY FRANCO & SONS, INC. TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Stipulation filed by the parties, it is ORDERED that Plaintiff Jay Franco & Sons, Inc. shall have up to and including August 14, 2008 to file its Reply Brief to Defendant Clemens Franek's Motion for Partial Summary Judgment.

_____
Judge Robert M. Dow, Jr.
U.S. District Judge

Dated:_____