## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Clemens Franek
                              Plaintiff,

v.                                          Case No.: 1:08−cv−00058
                                            Honorable Robert M. Dow Jr.

Walmart Stores, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

 MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Counter Defendant Jay Franco & Sons, Inc. for extension of time to file reply to Clemens Franek's Response to Jay Franco & Sons, Inc.'s Motion for Summary Judgment[38], from 8/4/08 to and including 8/14/08, is Granted. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.