UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and<br>TARGET CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLEMENS FRANEK,<br><br>　　　　Defendant. | Civil Action No. 08-Civ-1313<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

### APPENDIX OF EXHIBITS IN SUPPORT OF JAY FRANCO & SONS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT

1) Exhibit 1 - CLM Design, Inc.'s ("CLM") Trademark Application for the Round Towel Mark;

2) Exhibit 2 - Woodward & Lothrop Department Stores' Advertisement for CLM's Sunspot Round Beach Towel;

3) Exhibit 3 - Trademark Office's First Office Action of March 20, 1987;

4) Exhibit 4 - CLM's Response to First Office Action of March 20, 1987;

5) Exhibit 5 - CLM's "Sonspot" Labels;

6) Exhibit 6 - Declaration of Glen E. Grunwald, Vice President and Secretary of CLM;

7) Exhibit 7 - Declarations of Retailers;

8) Exhibit 8 - Clemens Franek's Design Patent Application;

9) Exhibit 9 - Trademark Office's Second Office Action (Priority Action) of October 16, 1987;

10) Exhibit 10 - CLM's Response to Second Office Action (Priority Action) of October 16, 1987;

11) Exhibit 11 - Trademark Office's Third Office Action of January 29, 1988 Withdrawing its March 20, 1987 Rejection of CLM's Trademark Application;

12) Exhibit 12 - Notice of Publication of CLM's Round Towel Mark - April 5, 1988;

13) Exhibit 13 - Spring Industries' Request for Extension of Time to Oppose CLM's Trademark Application and Withdrawal of Request;

14) Exhibit 14 - U.S. Trademark Registration No. 1,502,261 for the Round Towel Mark;

15) Exhibit 15 - A True and Correct Copy of Letters U.S. Patent No. 2,803,845;

16) Exhibit 16 - A True and Correct Copy of Letters U.S. Patent No. 4,794,029;

17) Exhibit 17 - French Patent No. 2,399,229;

18) Exhibit 18 - A True and Correct Copy of Letters U.S. Patent No. 4,991,978;

19) Exhibit 19 - A True and Correct Copy of Letters U.S. Patent No. 3,660,861;

20) Exhibit 20 - Internet Advertisements for Round Beach Towels being Sold by Third Party Vendors;

21) Exhibit 21 - Son International's Advertisement for the "Sonspot" Round Beach Towel;

22) Exhibit 22 - Springmaid's Advertisement of CLM's "Sonspot" Round Beach Towel;

23) Exhibit 23 - Son International's "Huge Round Beach Towel" Advertisement for the "Sonspot" Round Beach Towel;

24) Exhibit 24 - Newspaper Articles Advertising Son International's "Sonspot" Round Beach Towel;

25) Exhibit 25 - Three (3) Newspaper Articles discussing Mr. Woody Harrelson and the "Sonspot" Round Beach Towel;

26) Exhibit 26 - Affidavit of Ms. Gloria L. Bowen.

Dated: May 16, 2008

Respectfully submitted,

By: /s/ Ezra Sutton
Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9, Suite 201
Woodbridge, New Jersey 07095
(732) 634-3520 - Office
(732) 634-3511 - Fax

Attorney for Plaintiff
Jay Franco & Sons, Inc.