# EXHIBIT 1

TRADEMARK APPLICATION SERIAL NO. **627482**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
<u>FEE RECORD SHEET</u>

090  11/10/86  627482                    1 301     200.00 CK

627482

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION TO REGISTER TRADEMARK
UPON THE PRINCIPAL REGISTER

Mark:   Round beach towel design.

Class No. :   International 24

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Applicant is CLM Design, Inc., an Illinois corporation located and doing business at 8217 Beverly Boulevard, Suite No. 1, Beverly Hills, California 90048.

The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for the following goods: Beach Towels; and requests that said mark be registered in the U.S. Patent and Trademark Office established by the Act of July 5, 1946.

The trademark was first used August 15, 1985; was first used in interstate commerce February 14, 1986; and is now in use in such commerce.

The mark is used in connection with beach towels, beach towel product configuration (specifically, the round shape of a beach towel), packaging, promotional materials, and labels. Five photograhs of specimens showing the mark as actually used are presented herewith. Actual specimens, which range in size from approximately three (3) feet to six (6) feet in diameter, are unduly bulky. Upon request, actual specimens will be made available.

The required fee of $200 for each class is submitted herewith. Applicant hereby appoints the law firm of Winston & Strawn and George C. Lombardi, an attorney at law and a member of the Bar of the State of Illinois, Suite 5000, One First National Plaza, Chicago, Illinois 60603, as its attorneys to prosecute this application to register with full power of substitution and revocation, to transact all business in the Patent and Trademark Office in connection therewith and to receive the Certificate of Registration. Please address all communications to George C. Lombardi, Esq.; Winston & Strawn; One

State of Rhode Island)
                     ):SS
County of Kent       )

    Glen E. Grunwald states that he is Vice President - Treasurer of applicant corporation and is authorized to execute this instrument on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true.

                                    CLM DESIGN, INC.

                                    By: _____
                                        Glen E. Grunwald
                                        Vice President - Treasurer

SUBSCRIBED AND SWORN TO BEFORE ME
THIS  14  DAY OF OCTOBER, 1986.

_____
Notary Public



**627482**

APPLICATION TO REGISTER TRADEMARK
UPON THE PRINCIPAL REGISTER

INT. CL. 24

PRIOR U.S. CL. 42

| | |
|---|---|
| APPLICANT'S NAME: | CLM Design, Inc. |
| APPLICANT'S ADDRESS: | 8217 Beverly Boulevard<br>Suite One<br>Beverly Hills, California 90048 |
| DATE OF FIRST USE: | August 15, 1986 |
| DATE OF FIRST USE IN COMMERCE: | February 14, 1986 |
| PRODUCTS RECITED IN THE APPLICATION: | Beach Towels |



describe the mark underneath

1310121 ASICS  RN 911919  1208495  SN  
789110  26364  2c i6 2433  484847

2

**627482**

APPLICATION TO REGISTER TRADEMARK
UPON THE PRINCIPAL REGISTER

T. CL. 24
PRIOR U.S. CL. 42

| | |
|---|---|
| APPLICANT'S NAME: | CLM Design, Inc. |
| APPLICANT'S ADDRESS: | 8217 Beverly Boulevard<br>Suite One<br>Beverly Hills, California<br>90048 |
| DATE OF FIRST USE: | August 15, 1986 |
| DATE OF FIRST USE IN COMMERCE: | February 14, 1986 |
| PRODUCTS RECITED IN THE APPLICATION: | Beach Towels |



# It's new? It's all for you at Woodies!



**Round-up new Sunspot beach towel**
Find your spot in the sun without moving your towel around. Here's a big 72 inch diameter solar print cotton towel that's perfect for two. Includes one matching personal sun towel. 2-pc. set, 49.99
Towels



**Fight plaque the new Interplak™ way**
A technological breakthrough: Interplak™ Home Plaque Removal Instrument bristles rotate 4200 times a minute, reversing direction to scour and stimulate gums. Rechargeable cordless, 2 brush heads. 99.99
Culinary Arcade



**Candlelight with new garden lantern**
Authentic replica of antique Chinese garden lantern perfect for patio nights. Oxidized brass finish is right for outdoors. Mini-bell ornaments, too. Add a candle and enjoy. By Sadek. 40.00
Gifts



**Try a thin, light new slim-line scale**
Thinner is better! Introducing 1¼ inch streamlined scale designed to fit in. Accurate strain-gauge has zero correction button, pounds to kilos switch. Uses 9 volt battery. By Borg. 49.99
Bath Shop

**r dish lamps**
mel in black with high-
wall, table and floor
00.00, sale 69.99
le 119.99

SHOP CARD
25¢ to apply for
's charge card

## WOODWARD & LOTHROP
*Woodies-is-my-way*

Saturday 10 to 8; Suburban stores: Monday–Saturday 10-9:30 (Chevy Chase: Saturday 10-7; Sunday, all stores 12 to 5 (except Annapolis, Columbia, White Marsh)





627482

# WINSTON & STRAWN

SUITE 5000
ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603

(312) 558-5600
TWX 910-221-5467
TELECOPIER (312) 558-5683

FREDERICK H. WINSTON (1853-1886)
SILAS H. STRAWN (1891-1946)

WASHINGTON, D.C. OFFICE
2550 M STREET, N.W.
WASHINGTON, D.C. 20037
(202) 828-8400

PHOENIX OFFICE
3101 NORTH CENTRAL AVENUE
1500 SOUTHWEST FINANCIAL PLAZA
PHOENIX, ARIZONA 85012
(602) 277-1776

WRITER'S DIRECT DIAL NUMBER

(312) 558-5969

October 21, 1986

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Commissioner of Patents and
  Trademarks
U.S. Patent and Trademarks Office
Washington, D.C. 20231

> RE:  Applicant:  CLM Design, Inc.
>      Mark:       Round Beach Towel Design
>      Class:      International 24

To the Commissioner:

Please process the enclosed application for renewal of the above mark on the Principal Register for the applicant CLM Design, Inc.

Enclosed is a check in the amount of $200.00 for the filing fees. If there are any questions, please contact the undersigned.

I thank you in advance for your prompt attention to this application.

Very truly yours,