# EXHIBIT 2

Case 1:08-cv-00058   Document 45-3   Filed 05/16/2008   Page 1 of 2






*(Page contains a sideways-oriented Woodward & Lothrop advertisement)*

**It's new? It's all for you at Woodies!**

**Candlelight with new garden lantern**
Authentic replica of antique Chinese garden lantern perfect for patio nights. Oxodized brass finish is right for outdoors. Mini-bell ornaments, too. Add a candle and enjoy. By Sadek. 40.00
Gifts

**Round-up new Sunspot beach towel**
Find your spot in the sun without moving your towel around. Here's a big 72 inch diameter solar print cotton towel that's perfect for two. Includes one matching personal sun towel. 2-pc. set, 49.99
Towels

**Try a thin, light new slim-line scale**
Thinner is better! Introducing 1¼ inch streamlined scale designed to fit in. Accurate strain-gauge has zero correction button, pounds to kilos switch. Uses 9 volt battery. By Borg. 49.99
Bath Shop

**Fight plaque the new Interplak™ way**
A technological breakthrough: Interplak™ Home Plaque Removal instrument bristles rotate 4200 times a minute, reversing direction to scour and stimulate gums. Rechargeable cordless, 2 brush heads. 99.99
Cutlery Arcade

**r dish lamps**
ed in black with high-
wall, table and floor
00.00, sale 69.99
le 119.99

**WOODWARD & LOTHROP**
*Woodies is my way*

SHOP CARD
259 to apply for
a charge card

Saturday 10 to 6: Suburban stores: Monday-Saturday 10-9:30 (Chevy Chase: Saturday 10-7), Sunday all stores 12 to 5 (except Annapolis, Columbia, White Marsh)