# EXHIBIT 3

U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

Paper No.

| SERIAL NO. | APPLICANT |
|---|---|
| 73/627482 | CLM DESIGN, INC. |

ADDRESS:
Commissioner of
Patents and
Trademarks
Washington, DC
20231

**MARK**

MISCELLANEOUS DESIGN

| ADDRESS | ACTION NO. |
|---|---|
| GEORGE C. LOMBARDI | 01 |
| WINSTON & STRAWN | **MAILING DATE** |
| SUITE 5000 | |
| ONE FIRST NATIONAL PLAZA | 03/20/87 |
| CHICAGO, ILLINOIS 60603 | |

The address of
all correspondence
not containing fee
payments should
include the word
"Box 5."

FORM PTO-1525 (2-84)    U.S. DEPT. OF COMM. PAT. & TM OFFICE

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining
Attorney's name and Law Office number, (4) Mailing date of this action, and
(5) Applicant's name (or applicant's attorney), telephone number and zip
code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS
FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

_____

I have reviewed this application for trademark (and/or service mark)
registration and you are advised as follows:

Registration is refused on the Principal Register because the matter
presented for registration constitutes a configuration of the goods and, as
such, is merely descriptive of the goods. In the absence of evidence that
it has a secondary meaning or has become distinctive, as applied to the
goods, it may not be registered on the Principal Register.

Ordinary geometric shapes such as circles, squares, ovals, etc. are
generally regarded as non-distinctive and protectable only upon proof of
secondary meaning. See Re B & J Mfg., Co., 196 USPQ 707 (TTAB, 1977) and
American Can Co. v. Marcal Paper Mills Inc., 152 USPQ 772 (TTAB 1967).

Your application states that the mark is also used in connection with
"packaging, promotional materials and labels." Please submit drawings and
specimens of these uses of the mark, i.e. label(s) which are attached to
the towel, a package or container in which the towel is sold (if any) and
actual samples of advertisements or promotional materials for the towel.

627482                                    -2-

You must submit a concise description of the mark sought to be registered.
(37 CFR Section 2.35; TMEP section 905.)

Applicant may submit the description of the mark in the following form:

    The mark consists of ... a configuration of a round beach towel.

If applicant has submitted a patent application for the round towel
configuration, please submit a copy of that application.

It is our practice to enforce Office policies to conclude examination of
applications as quickly as possible.  If you, in good faith, address each
issue raised in this Office action but fail to resolve them satisfactorily,
I will make the requirements related to any unresolved issue final in the
next Office action.  (See 37 CFR Section 2.64.)  On the other hand, if you
fail to address one or more of the issues raised in this Office action, I
will be compelled to hold the application abandoned for failure to respond
completely.  (See 37 CFR Section 2.65.)

                                    Janice O'Lear
                                    Trademark Attorney
                                    Law Office V
                                    703  557-5380

vaj/wr3