# EXHIBIT 5

Exhibit 22

84



Exhibit 23

86



# Sonspot™ — Two Towel Beach Ensemble

*Bound to be round.*



MOON OVER MIA

# The World's Greatest Beach Towel

For more information contact Son International at (213) 651-0255

Patent Pending

Exhibit 24



# Sonspot™  Two Towel Beach Ensemble

*Don't be square.*



**PAINTED HEART**



**LAZY TEDDY**



## The World's Greatest Beach Towel

For more information contact Son International at (213) 651-0255

Exhibit 25





▲ **ONE FOR DRYING**
**24 x 48 inch**
Plush Matching
Drying Towel

■ innovative beach products designed by Son International

● the round shape of the Sonspot™ is a trademark of Son International Patent Pending

100% Cotton   made in Brazil

Copyright 1986 Son International



A GENUINE Sunspot™

TWO TOWEL BEACH ENSEMBLE

ONE FOR LYING
NEARLY 6 ft ROUND
Luxurious Beach Towel