# EXHIBIT 7

Exhibit 2

(29)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF        )
CLM DESIGN, INC. (d/b/a      )
Son International)           )        Janice O'Lear
                            )        Trademark Attorney
                            )
                            )        Law Office V
                            )
FOR: ROUND BEACH TOWEL DESIGN )

## DECLARATION

I have been involved in the retail store industry for _4_ years.
Currently, I am the ___Buyer___ for ~~Fat~~ Hecht's
_____, a ___Dept___ store, and I am
responsible for ___Towels___

_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

CHRISTopher L. Cavellino
Name Printed

8/14/87
Date

Exhibit 3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF            )
CLM DESIGN, INC. (d/b/a          )
Son International)               )       Janice O'Lear
                                 )       Trademark Attorney
                                 )
                                 )       Law Office V
                                 )
FOR: ROUND BEACH TOWEL DESIGN    )

DECLARATION

I have been involved in the retail store industry for _4_ years.
Currently, I am the _Towel Buyer_ for _Donaldsons_
_____, a _department_ store, and I am
responsible for _buying towels, rugs and bath shop_
_for 14 stores_.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

( 26 )

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_Deborah K. Seykora_
Signature

_Deborah K. Seykora_
Name Printed

_8/3/87_
Date

Exhibit 4



IN TH. UNITED STATES PATENT AND T...DEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )      Janice O'Lear
                              )      Trademark Attorney
                              )
                              )      Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


### DECLARATION

I have been involved in the retail store industry for _13_ years.
Currently, I am the _Towel Buyer_ for _Rich's Atlanta_
_____, a _Department_ store, and I am
responsible for _all towels + bath products_
_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

C/-/                                    29

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

SUE DICKERSON
Name Printed

8/3/87
Date

30

Exhibit 5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )        Janice O'Lear
                              )        Trademark Attorney
                              )
                              )        Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


DECLARATION

I have been involved in the retail store industry for _14_ years.

Currently, I am the ___Buyer___ for ___Hahnes Div of___

___May Dept Stores___, a ___Department___ store, and I am

responsible for ___Towels and Bath Shop___

_____.


During my years in the retail store industry, I have become

familiar with many towels and other textile products, and, in

particular, beach towels.


As a result of my work experience, I am familiar with beach towels

which have a round shape, and it is my belief and understanding

that these beach towels having this particular configuration are

manufactured by a single source.


It is my belief and understanding that the round shape of a beach

towel has acquired in the retail store industry the ability to

distinguish the CLM Design, Inc. (d/b/a Son International) brand

beach towel from other beach towels.


33

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_Catherine Rygiel_
Signature

CATHERINE RYGIEL
Name Printed

8/4/87
Date

32

Exhibit 6

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

IN RE APPLICATION OF        )
CLM DESIGN, INC. (d/b/a      )
Son International)           )       Janice O'Lear
                            )       Trademark Attorney
                            )
                            )       Law Office V
                            )
FOR: ROUND BEACH TOWEL DESIGN )

<u>DECLARATION</u>

I have been involved in the retail store industry for _20_ years.
Currently, I am the _Buyer of Towels_ for _Apex Inc._
_____, a _Dept_ _____ store, and I am
responsible for _all Domestics_ _____
_____.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.





Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_Gus Giuffre_
Signature

Gus Giuffre
Name Printed

7-31-87
Date

Exhibit 7

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION OF | ) | |
| CLM DESIGN, INC. (d/b/a | ) | |
| Son International) | ) | Janice O'Lear |
| | ) | Trademark Attorney |
| | ) | |
| | ) | Law Office V |
| | ) | |
| FOR: ROUND BEACH TOWEL DESIGN | ) | |

DECLARATION

I have been involved in the retail store industry for _12_ years.
Currently, I am the __BUYER__ for __MAINSTREET, DIV OF__
__FEDERATED__, a __DEPARTMENT__ store, and I am
responsible for __TOWELS, RUGS, & BATH ACCESSORIES__
_____.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_Terri L. Lane_
Signature

_TERRI L LANE_
Name Printed

_8/3/87_
Date

Exhibit 8

(40)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
IN RE APPLICATION OF           )
CLM DESIGN, INC. (d/b/a        )
Son International)             )      Janice O'Lear
                              )      Trademark Attorney
                              )
                              )      Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )
```

DECLARATION

I have been involved in the retail store industry for _28_ years.

Currently, I am the _Divisonal Mdse Mgr_ for _Jacobson Stores In_, a _Retail_ store, and I am responsible for _Merchandise of the Home Textile departments_

During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.

As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.

It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

(41)

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)


The overall visual impression of the configuration of a beach towel

in a round shape identifies the CLM Design, Inc. (d/b/a Son

International) brand beach towel, and it is my understanding and

belief that it is unique since to my knowledge no competitive

product has a similar shape or configuration.


The configuration of a round beach towel identifies the CLM

Design, Inc. (d/b/a Son International) brand beach towel from a

distance at which a normal person would be unable to read a

label or name appearing on the beach towel.


It is my understanding and belief that any towel having the

configuration of a round shape will come from the same source

and would be of equal quality with other products from that

same source.


_____
Signature

MYONG CHU
Name Printed

7/31/87
Date

42

Exhibit 9

MAY CO - Cleveland

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a       )
Son International)            )      Janice O'Lear
                             )      Trademark Attorney
                             )
                             )      Law Office V
                             )
FOR: ROUND BEACH TOWEL DESIGN )

DECLARATION

I have been involved in the retail store industry for _8_ years.
Currently, I am the __Buyer__ for _TOWELS/BATH SHOP/_
_LINENS_ , a __DEPARTMENT__ store, and I am
responsible for _SALES, GROSS MARGIN, ADVERTISING AND_
_DISTRIBUTION._ .

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

44

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

_____
Name Printed

_____
Date





Exhibit 10

4/6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF            )
CLM DESIGN, INC. (d/b/a         )
Son International)              )        Janice O'Lear
                                )        Trademark Attorney
                                )
                                )        Law Office V
                                )
FOR: ROUND BEACH TOWEL DESIGN   )


DECLARATION

I have been involved in the retail store industry for *2* years.

Currently, I am the *Buyer* for *Formula K Ent.* — and *Shirts & Stuff Horizons East*, a *Clothing + Beachwear* store and I am responsible for *all buying and merchandizing and marketing*.


During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.


As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.


It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.


47

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

DARRYL  J.  CASE
Name Printed

8/14/87
Date

48

IN THE UNITED STATES PATENT AND T...DEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )     Janice O'Lear
                              )     Trademark Attorney
                              )
                              )     Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


DECLARATION

I have been involved in the retail store industry for <u>3</u> years.
Currently, I am the ____<u>owner</u>____ for <u>THE STARTING</u>
<u>LINE</u>____, a ___<u>sporting goods</u>___ store, and I am
responsible for ___<u>buying, etc.</u>___


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

DOUGLAS BROWN
Name Printed

8/6/87
Date

Exhibit 11

Exhibit 12

52

IN Th. UNITED STATES PATENT AND ,..ADEMARK OFFICE

IN RE APPLICATION OF                )
CLM DESIGN, INC. (d/b/a              )
Son International)                   )      Janice O'Lear
                                     )      Trademark Attorney
                                     )
                                     )      Law Office V
                                     )
FOR: ROUND BEACH TOWEL DESIGN        )

DECLARATION

I have been involved in the retail store industry for _7_ years.

Currently, I am the _CONTROLLER_ for _ALVIN'S STORES INC._

_____, a _GIFT & SPORTSWEAR_ store, and I am

responsible for _OFFICE PROCEDURES   AND HANDLE_

_SOME  BUYING  OF  MERCH._.


During my years in the retail store industry, I have become

familiar with many towels and other textile products, and, in

particular, beach towels.


As a result of my work experience, I am familiar with beach towels

which have a round shape, and it is my belief and understanding

that these beach towels having this particular configuration are

manufactured by a single source.


It is my belief and understanding that the round shape of a beach

towel has acquired in the retail store industry the ability to

distinguish the CLM Design, Inc. (d/b/a Son International) brand

beach towel from other beach towels.

53

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

MIKE WALSINGHAM
Name Printed

8-3-87
Date

54

Exhibit 13

55

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF ) | |
| CLM DESIGN, INC. (d/b/a ) | |
| Son International) ) | Janice O'Lear |
| ) | Trademark Attorney |
| ) | |
| ) | Law Office V |
| ) | |
| FOR: ROUND BEACH TOWEL DESIGN ) | |

DECLARATION

I have been involved in the retail store industry for ⌐1⌐ years.
Currently, I am the OWNER/BUYER for SAILOR's
WAREHOUSE, a SAILBOARD store, and I am
responsible for EVERYTHING THAT NEEDS DOING.
_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

KIMBERLY A. EISS
Name Printed

July 30, 1987
Date

57

Exhibit 14

IN THL JNITED STATES PATENT AND T...DEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF ) | |
| CLM DESIGN, INC. (d/b/a ) | |
| Son International) ) | Janice O'Lear |
| ) | Trademark Attorney |
| ) | |
| ) | Law Office V |
| ) | |
| FOR: ROUND BEACH TOWEL DESIGN ) | |

## DECLARATION

I have been involved in the retail store industry for _11_ years.
Currently, I am the _PRESIDENT_ for _MAKING_
_WAVES, INC._ , a _BEACHWEAR SPECIALTY_ store, and I am
responsible for _BUYING, SALES AND PROMOTIONS_
_____.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

59

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

SUSAN M. ANTEZANA
Name Printed

7/31/87
Date

60

Exhibit 15

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF              )
CLM DESIGN, INC. (d/b/a           )
Son International)                 )          Janice O'Lear
                                   )          Trademark Attorney
                                   )
                                   )          Law Office V
                                   )
FOR: ROUND BEACH TOWEL DESIGN      )


DECLARATION

I have been involved in the retail store industry for _6_ years.
Currently, I am the _Head Buyer/Mgr_ for _Ocean Marine,/_
_Sli Reliance_, a _Surf/ski_ store, and I am
responsible for _purchases, management duties, and._
_merchandising_.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

62

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)


The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.


The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.


It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.


*Cathy Carden*
Signature

*Cathy Carden*
Name Printed

*8|1|87*
Date

63

Exhibit 16

IN TH. UNITED STATES PATENT AND 1...ADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF )<br>CLM DESIGN, INC. (d/b/a )<br>Son International) )<br> )<br> )<br> )<br>FOR: ROUND BEACH TOWEL DESIGN ) | Janice O'Lear<br>Trademark Attorney<br><br>Law Office V |

## DECLARATION

I have been involved in the retail store industry for _14_ years. Currently, I am the ___OWNER___ for ___FANCY___ ___PANTS___ , a ___RETAIL___ store, and I am responsible for ___BUYING & PAYING ETC.___
_____ .

During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.

As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.

It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

65

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

_____
Name Printed

_____
Date
8-3-87

66

Exhibit 17

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

IN RE APPLICATION OF            )
CLM DESIGN, INC. (d/b/a         )
Son International)              )      Janice O'Lear
                               )      Trademark Attorney
                               )
                               )      Law Office V
                               )
FOR: ROUND BEACH TOWEL DESIGN   )


<u>DECLARATION</u>

I have been involved in the retail store industry for *5* years.
Currently, I am the _Owner_ of *The Babe Cave*
_____, a *Active Beach Wear* store, and I am
responsible for *overseeing the managers of*
*seven) Stores, and a buyer*.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.


68

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

_____
Name Printed

_____
Date

80                                    69

Exhibit 18

70

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF              )
CLM DESIGN, INC. (d/b/a           )
Son International)                 )      Janice O'Lear
                                   )      Trademark Attorney
                                   )
                                   )      Law Office V
                                   )
FOR: ROUND BEACH TOWEL DESIGN      )

DECLARATION

I have been involved in the retail store industry for  6  years.
Currently, I am the ___Buyer_____ for __W W  Bed Bath
Linens and Gifts__ , a _____retail_____ store, and I am
responsible for ___just about everything!_____

_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

Winifred Ferro
_____
Name Printed

8-1-87
_____
Date

Exhibit 19

𝓑

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )        Janice O'Lear
                              )        Trademark Attorney
                              )
                              )        Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )
```

DECLARATION

I have been involved in the retail store industry for 6 years.
Currently, I am the assistant manager/buyer for The Skier's Edge,
Inc._____, a ski specialty (winter) store, and I am
                                   surfwear (summer)
responsible for the products carried, sales, displays, etc.
_____.

   somewhat { During my years in the retail store industry, I have become
              familiar with many towels and other textile products, and, in
              particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

74

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_Corinne Kovich_
Signature

_Corinne Kovich_
Name Printed

_11 August 1987_
Date

P.S. And speaking as a California beach girl, I think they're terrific.

75

Exhibit 20

76

IN TH. JNITED STATES PATENT AND T...DEMARK OFFICE

```
IN RE APPLICATION OF              )
CLM DESIGN, INC. (d/b/a           )
Son International)                 )     Janice O'Lear
                                   )     Trademark Attorney
                                   )
                                   )     Law Office V
                                   )
FOR: ROUND BEACH TOWEL DESIGN      )
```

DECLARATION

I have been involved in the retail store industry for _1_ years.
Currently, I am the ___Buyer___ for ___Kinetic Sports___
_____, a ___Beachwear Sports___ store, and I am
responsible for ___the buying of new products.___
_____.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

77

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

_____
Name Printed    LISA ANN MARTIN

_____
Date    8/1/87

78

Exhibit 21