# EXHIBIT 8

SPECIFICATION

TO ALL WHOM IT MAY CONCERN:

BE IT KNOWN that I, Clemens E. Franek, have invented a new, original, and ornamental design for a BEACH TOWEL FOR OUTDOOR USE, of which the following is a specification, reference being had to the accompanying drawings, forming a part thereof.

FIG. 1 is a top plan view of a beach towel for outdoor use showing my new design;

FIG. 2 is a side view thereof;

FIG. 3 is a partial perspective view of the edge of the towel;

The bottom view is identical to the top view shown in FIG. 1 and the side view shown in FIG. 2 repeats on all sides. The weaved pattern which is shown fragmentary in FIG. 1 is understood to repeat uniformly and continuously across the top and the bottom of the towel. The texture which is also shown fragmentary in FIG. 1 is understood to repeat uniformly and continuously across the top and the bottom of the towel and substantially covers the weaved pattern.

I CLAIM:

The ornamental design for a BEACH TOWEL FOR OUTDOOR USE as shown as described.



FIG. 1

FIG. 2

  FIG. 3

81

COMBINED DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I declare that my residence, post office address and citizenship are as stated below next to my name; that I believe I am the original, first and sole inventor of the design entitled:

BEACH TOWEL FOR OUTDOOR USE

described and claimed in the attached specification. I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim. I acknowledge the duty to disclose information of which I am aware which is material to the examination of this application as defined in Title 37 Code of Federal Regulations, §1.56(a). No application for patent or inventor's certificate on this design has been filed by me or my legal representatives or assigns in any country foreign to the United States of America except as follows:

NONE

I hereby appoint as my attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: Sidney Neuman (Reg. No. 13907), Fred T. Williams (Reg. No. 14666), Theodore W. Anderson (Reg. No. 17035), Arthur A. Olson, Jr. (Reg. No. 17628), James R. Dowdall (Reg. No. 19749), Donald A. Peterson (Reg. No. 18647), William J. Birmingham (Reg. No. 17877), Joseph P. Calabrese (Reg. No. 17753), Gregory B. Beggs (Reg. No. 19286), Noel I. Smith (Reg. No. 18698), John J. Cavanaugh (Reg. No. 18372), Harry J. Roper (Reg. No. 22444), Michael O. Warnecke (Reg. No. 24345), James T. Williams (Reg. No. 25097), William M. Wesley (Reg. No. 26521), J. Bradford Leaheey (Reg. No. 27107), George S. Bosy (Reg. No. 29364), Herbert D. Hart III (Reg. No. 30063), Nicholas A. Poulos (Reg. No. 30209), William H. Frankel (Reg. No. 30337), Donald W. Rupert (Reg. No. 29974), R. Lewis Gable (Reg. No. 22479), James P. Naughton (Reg. No. 30665), Lawrence E. Apolzon (Reg. No. 30992), Vasilios D. Dossas (Reg. No. 30745), Edward W. Murray (Reg. No. 30964), Todd P. Blakely (Reg. No. 31328), Susan K. Bennett (Reg. No. 31327), William P. Oberhardt (Reg. No. 31861), Robert W. Fieseler (Reg. No. 31826), Sandra B. Weiss (Reg. No. 30814), Hugh A. Abrams (Reg. No. 31937), Raymond N. Nimrod (Reg. No. 31987), Roger H. Stein (Reg. No. 31882), Richard A. Cederoth (Reg. No. 31336), Philip T. Petti (Reg. No. 31651), and Van Metre Lund (Reg. No. 16968) all of Neuman, Williams, Anderson & Olson, 77 West Washington Street, Chicago, Illinois 60602.

82

Address all correspondence to:

NEUMAN, WILLIAMS, ANDERSON & OLSON
77 West Washington Street
Chicago, Illinois 60602

Direct all telephone calls to Raymond N. Nimrod at telephone No. (312) 346-1200.

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Date_____          _____
                                  CLEMENS E. FRANEK

Full Name of Inventor: CLEMENS E. FRANEK

Residence:   East Greenwich    Kent      Rhode Island
                 City          County       State

Post Office Address:   4601 Post Road
                       East Greenwich, Rhode Island 02818

Citizenship:  United States of America

-2-