# EXHIBIT 10



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:                    )
                                         )
CLM DESIGN, INC. (d/b/a SON              )    Trademark Attorney
INTERNATIONAL)                           )    Janice O'Lear
                                         )
SERIAL NO. 627,482                       )    Law Office V
                                         )
FOR:  ROUND BEACH TOWEL DESIGN           )

                    RESPONSE

Honorable Commissioner of
   Patents and Trademarks
Washington, D.C.  20231

Sir:

        Applicant submits this paper in response to the

Priority Office Action dated October 16, 1987.  In the Priority

Office Action, Trademark Attorney O'Lear required submission of:

        1.    A videotape of the television commercials which
              promoted Applicant's round beach towel; and

        2.    The sales and advertising figures for applicant's
              round beach towel.

Applicant submits herewith the declaration of the President of

CLM Design, Inc., Clemens E. Franek, with exhibits including a

videotape which includes the requested information.  (See

Attachment A).  Applicant also submits herewith the declaration

of a retailer which inadvertantly was not submitted with

applicant's first Response.  (See Attachment B).

94

A.    <u>Advertising Expenditures</u>

      In an effort to obtain maximum exposure of its round beach towel, CLM Design reached an agreement with television star Woodrow ("Woody") Harrelson from the show "Cheers". CLM Design and Mr. Harrelson agreed upon a long-term commitment whereby Mr. Harrelson would head up the national promotion campaign of CLM Design, as Vice-President of Marketing and Public Relations. In particular, Mr. Harrelson would utilize his status as a national television celebrity to obtain extensive publicity for the CLM Design round beach towel at little or no direct cost. (Franek Dec. ¶5).

      As compensation, Mr. Harrelson received a 10% share of CLM Design at a substantially reduced price, along with an option to increase his share another 8%. At the time of the agreement, the fair market price of CLM Design stock was $37,500 for each 1% share of CLM Design stock. This price was negotiated between A.T. Cross Co. (manufacturers of Cross Pens) and CLM Design when A.T. Cross Co. obtained warrants to purchase CLM Design stock. Thus, the value of the 18% share is $675,000. In lieu of paying the full $675,000, Mr. Harrelson paid only $50,000 and agreed to extensively promote the round beach towel. Thus, the price discount of $625,000 is Mr. Harrelson's compensation for his work in advertising and promoting the CLM Design round beach towel. (Franek Dec. ¶6).

      Mr. Harrelson has been able to obtain extensive publicity for the CLM Design round beach towel design at little or no direct cost. Likewise, others at CLM Design have also

worked actively to obtain extensive publicity for the CLM Design round beach towel at little or no direct cost. Due to these efforts, the bulk of the publicity for the CLM Design round beach towel has been obtained at little or no direct cost. (Franek Dec. ¶7).

CLM Design has expended $63,000 in direct advertising and promotional costs in addition to Mr. Harrelson's $625,000 stock compensation. (Franek Dec. ¶8). Thus, CLM Design's total expenditure on advertising in cash and stock has been $688,000.

B.    Promotions

CLM Design has promoted its round beach towel on twelve television shows. The spots on these shows were not commercials which would have resulted in substantial direct costs. Rather, CLM Design has obtained extensive free publicity for its round beach towel on television, due to the celebrity status of Mr. Harrelson and the efforts of others at CLM Design. The approximate total viewership of these twelve television shows is over 43,000,000 viewers.

A videotape is enclosed herewith as Exhibit 1 of the Franek Declaration. The videotape shows segments of the following programs which featured CLM Design's round beach towels: The Oprah Winfrey Show; Entertainment Tonight; MTV; Good Morning America; The Tonight Show; and the WLNE Evening News (Providence). Applicant has been unable to obtain videotapes of

the other six television shows which featured CLM Design's round beach towel. However, the six television shows presented on the videotape represent over 41,000,000 viewers out of the total of 43,000,000 viewers for all twelve shows.

The efforts of Mr. Harrelson and others at CLM Design have also resulted in extensive publicity in newspapers. Seventy-four newspapers across the country have run stories regarding CLM Design round beach towel. The total readership for these newspapers is over 20,000,000 readers. (Franek Dec. ¶10). Moreover, United Press International ran a story regarding CLM Design's round beach towel which was published by numerous newspapers across the country. (Franek Dec. ¶11). Sixty magazines have published articles regarding CLM Design's round beach towel. The total readership of these magazines is over 35,000,000 readers. (Franek Dec. ¶12). The majority of this extensive promotion has been obtained at no direct cost due to the efforts of Mr. Harrelson and others at CLM Design. (Franek Dec. ¶12).


C.    <u>Sales Figures</u>

Since August, 1985, over 30,000 of CLM Design's round beach towels have been sold for approximately $1,400,000. Furthermore, the extensive promotion campaign has resulted in steadily increasing sales. CLM Design has sold over 8,000 of its round beach towels in the last two months alone.

D.   Secondary Meaning

     Applicant submits that it has established that its
ROUND BEACH TOWEL DESIGN mark has acquired secondary meaning and
is entitled to registration.  Applicant respectfully directs the
Examining Attorney to the remarks and exhibits in Applicant's
first Response, dated September 21, 1987, including the nineteen
declarations from members of the retail beach towel industry.  In
addition, applicant submits the declaration of an additional
retailer which was inadvertently omitted from the earlier filed
response.

     The declarations of these twenty retailers establish
that the aforementioned promotion of CLM Design's round beach
towel, coupled with the extensive use and uniqueness of the round
shape, has resulted in the ROUND BEACH TOWEL DESIGN mark
acquiring secondary meaning.  These declarations show that the
ROUND BEACH TOWEL DESIGN mark distinguishes applicant's goods
from the goods of others in the marketplace.

     The evidence of record overwhelmingly establishes that
the ROUND BEACH TOWEL DESIGN mark sought to be registered
distinguishes Applicant's product from the other brands of towels
on the marketplace.  The mark sought to be registered has
obtained secondary meaning, is distinctive of applicant's goods,
and accordingly is not merely descriptive.  The mark is entitled
to registration of the Principal Register.

For the reasons stated above, applicant respectfully requests that this application be allowed and that the mark be published.

Respectfully submitted,

By: _Raymond Nimrod_
Raymond N. Nimrod
Reg. No. 31,987

NEUMAN, WILLIAMS, ANDERSON & OLSON
77 West Washington Street
Chicago, Illinois  60602
(312) 346-1200

Dated:  December 16, 1987

-6-

99

A

110    180



Genise EXHIBIT 2008
Genise v. Desautels
Interference 104,835

# ou at Woodies!



## Round-up new Sunspot beach towel

Find your spot in the sun without moving your towel around. Here's a big 72 inch diameter solar print cotton towel that's perfect for two. Includes one matching personal sun towel. 2-pc. set, 49.99
Towels



## Fight plaque the new Interplak™ way

A technological breakthrough: Interplak™ Home Plaque Removal Instrument bristles rotate 4200 times a minute, reversing direction to scour and stimulate gums. Rechargeable cordless, 2 brush heads. 99.99
Culinary Arcade

# OODWARD & LOTHRO    1988

*Woodies is my way*

7Sunday all stores 12 to 6 (except Annapolis, Columbia, White Marsh)

91



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:                    )
                                         )
CLM DESIGN, INC. (D/B/A SON              )
INTERNATIONAL)                           )    Janice O'Lear
                                         )    Trademark Attorney
SERIAL NO. 627,482                       )
                                         )    Law Office V
FOR:  ROUND BEACH TOWEL DESIGN           )

DECLARATION

    1.  I am the President of the applicant, CLM Design,
Inc., and have been intimately involved in the design,
production, promotion, sales and financing of the round beach
towel since its inception in August of 1985.

    2.  As a result of my involvement with CLM Design, Inc.
and as part of my duties as President, I am familiar with the
entire beach towel industry including the products of
competitors, the distribution channels of competitors, the
general sales efforts of competitors and the purchasing habits
and tendencies of potential customers.

    3.  CLM Design adopted a beach towel design having a
round shape so that the original, distinctive and peculiar
appearance of the beach towel would distinguish it from the beach
towels of others and identify the beach towel as coming from a
single source.

101

4.  The round shape of the CLM Design beach towel is distinctive as compared to all other beach towels and the round shape distinguishes the CLM Design product from other brands of beach towels.

5.  CLM Design has extensively promoted its round beach towel.  In an effort to obtain maximum exposure of its round beach towel, CLM Design reached an agreement with television star, Woodrow ("Woody") Harrelson from the television show "Cheers".  CLM Design and Mr. Harrelson agreed upon a long-term commitment whereby Mr. Harrelson would head up the national promotional campaign of CLM Design, as Vice-President of Marketing and Public Relations.  In particular, Mr. Harrelson would utilize his status as a national television celebrity to obtain extensive publicity for the CLM Design round beach towel at little or no direct cost.

6.  As compensation, Harrelson received a 10% share of CLM Design at a substantially reduced price, along with an option to increase his share another 8%.  At the time of the agreement, the fair market price of CLM Design stock was $37,500.00 for each 1% share of CLM Design stock.  This price was negotiated between A. T. Cross Co. (manufacturers of "Cross" pens) and CLM Design when A. T. Cross Co. obtained warrants to purchase CLM Design stock.  Thus, the value of the 18% share is $675,000.  In lieu of paying the full $675,000, Mr. Harrelson agreed to extensively promote the round beach towel and thus pay only $50,000.  The difference of $625,000 is Mr. Harrelson's compensation for his work in advertising and public relations.

7.  As a television celebrity, Mr. Harrelson has been able to obtain extensive publicity for the CLM Design round beach towel at little or no direct cost.  Others at CLM Design have also worked actively to obtain extensive publicity for the CLM Design round beach towel at little or at no direct cost.  Due to these efforts, the bulk of the publicity for the CLM Design round beach towel has been obtained at little or no direct cost.

8.  In addition to Mr. Harrelson's $625,000 stock compensation, CLM Design has expended $63,000 in advertising and promotional costs.

9.  CLM Design has promoted its round beach towel on 12 television shows, many of which are broadcast nation-wide.  The spots on these shows were not commercials.  CLM Design has obtained extensive free publicity for its round beach towel on television, due to the celebrity status of Mr. Harrelson and the efforts of others at CLM Design.

I contacted personnel at each of the television shows to determine the approximate viewship of each of the television shows which featured the round beach towel.  The identification of each show, and its approximate viewership, are as follows:

| TELEVISION SHOW | APPROXIMATE VIEWERS |
|---|---|
| The Oprah Winfrey Show | 8,000,000 |
| Good Morning America | 5,000,000 |
| Entertainment Tonight | 18,000,000 |
| The Tonight Show starring Johnny Carson | 10,000,000 |
| Mid Morning Los Angeles | 29,000 |
| Wil Shriner Show | 72,000 |
| Eye On LA | 529,000 |
| National College TV | 52,000 |
| Sun-Up | 23,000 |
| The Sally Jesse Raphael Show | 1,000,000 |

103

| | |
|---|---|
| MTV | 500,000 |
| WLNE Evening News (Providence) | 105,000 |
| TOTAL | 43,310,000 |

Exhibit 1, enclosed herewith, is a videotape which shows the segments of the following programs which featured CLM Design's round beach towel: The Oprah Winfrey Show; Entertainment Tonight; MTV; Good Morning America; The Tonight Show; and The WLNE Evening News (Providence).

10. The efforts of Mr. Harrelson and others at CLM Design have also resulted in extensive publicity in newspapers. Seventy-four newspapers across the country have run stories regarding CLM Design's round beach towel. I contacted the circulation departments of each of those newspapers to determine the approximate readership of each paper. The identification of each newspaper and its approximate readership is set forth in Exhibit 2. The total readership for these newspapers is over 20 million readers.

11. United Press International ran a story regarding CLM Design's round beach towel. The story was published by numerous newspapers across the country.

12. The efforts of Mr. Harrelson and others at CLM Design have resulted in extensive publicity in magazines. Sixty magazines have published articles regarding CLM Design's round beach towel. The identification of these magazines and the approximate readership of each magazine is set forth in Exhibit 3, attached hereto. The total readership of these magazines is

-4-

104

over 35 million readers.  The majority of such promotion has been obtained at no cost due to the efforts of Mr. Harrelson and others at CLM Design.

13.  Since August 1985, over 30,000 of CLM Design's round beach towels have been sold for approximately $1,400,000.00.  The extensive promotion has resulted in steadily increasing sales.  CLM Design has sold over 8,000 of its round beach towels in the last two months alone.

14.  CLM Design's round beach towel has been carried by retailers at over 500 locations in 27 states and the District of Columbia.

15.  All statements made herein of my knowledge are true, and all statements made on information and belief are believed to be true.  The statements contained herein have been made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both under §1001 of title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom.

Date: _12/ / / /_         By: _____
                              Clemens E. Franek
                              President of CLM Design, Inc.

105

Exhibit 1

<u>EXHIBIT 1</u>

Exhibit 1 is a videotape, enclosed herewith, showing
segments of six television programs featuring CLM Design's round
beach towel.

Exhibit 2

EXHIBIT 2

| NEWSPAPERS | APPROXIMATE READERS |
|---|---|
| LOS ANGELES TIME | 2,460,000 |
| NEWSDAY (LONG ISLAND) | 2,010,000 |
| NEW YORK DAILY NEWS | 2,952,000 |
| TAMPA TRIBUNE | 536,000 |
| LOS ANGELES DAILY NEWS | 327,000 |
| TORRANCE DAILY BREEZE | 226,000 |
| LOS ANGELES HERALD EXAMINER | 452,000 |
| THE REGISTER (SANTA ANA) | 590,000 |
| ANADARKO OK NEWS | 6,000 |
| ASHLAND OR TIDINGS | 5,500 |
| VIRGINIA MN MESABI NEWS | 32,000 |
| CHEYENNE WY STATE TRIBUNE | 11,000 |
| HIBING MN TRIBUNE | 22,000 |
| CHICAGO HERALD ROLLING MEADOWS | 137,000 |
| FLORIDA TODAY | 75,000 |
| WARWICK BEACON | 60,000 |
| SAVANNAH NEWS | 130,000 |
| GAINESVILLE SUN | 22,000 |
| DAILY VARIETY | 2,500,000 |
| USA TODAY | 1,170,000 |
| KENT COUNTY DAILY TIMES | 42,000 |

109

| NEWSPAPERS | APPROXIMATE READERS |
|---|---|
| WOONSOCKET CALL | 62,000 |
| NARRAGANSETT TIMES | 35,000 |
| PROVIDENCE JOURNAL | 313,000 |
| COLUMBIA MISSOURIAN | 10,000 |
| SOUTH LAKE TAHOE TRIBUNE | 10,000 |
| ROSEVILLE CA PRESS TRIBUNE | 15,000 |
| EDMOND OK SUN | 18,000 |
| KLAMATH FALLS OR HERALD & NEWS | 38,000 |
| TYRONE PA HERALD | 3,600 |
| KEY WEST FL CITIZEN | 15,000 |
| PRESCOTT AZ EVENING COURIER | 13,000 |
| KENOSHA WI NEWS | 60,000 |
| MEDFORD MA MERCURY | 5,000 |
| INDEPENDENCE MO EXAMINER | 21,000 |
| RICHMOND VA NEWS-LEADER | 111,000 |
| MALDEN MA NEWS | 13,000 |
| BEND OR BULLETIN | 40,000 |
| CHICAGO SUN TIMES | 1,299,000 |
| WOOBURN MA TIMES CHRONICLE | 15,000 |
| ALPENA MI NEWS | 13,000 |
| CHARDON OH GEAUGA TIMES LEADER | 9,000 |
| CHICAGO ELK GROVE EDITION | 137,000 |
| CHICAGO HERALD-HANOVER PARK EDITION | 137,000 |
| HOMESTEAD FL NEWS LEADER | 12,000 |
| GRENADA MS SENTINEL STAR | 5,000 |
| MELROSE MA NEWS | 3,000 |

| NEWSPAPERS | APPROXIMATE READERS |
|---|---|
| CAPE CORAL FL BREEZE | 4,000 |
| WILLIMANTIC CT CHRONICLE | 11,000 |
| COLUMBUS OH REPORTER | 50,000 |
| NEW YORK NEWS | 2,952,000 |
| MEDINA OH GAZETTE | 15,000 |
| HAGERSTON MD HERALD | 81,000 |
| GALLIPOLIS OH TRIBUNE | 18,000 |
| ST. MARYS OH LEADER | 6,000 |
| BRYAN OH TIMES | 11,000 |
| ASHTABULA OH STAR BEACON | 20,000 |
| CONNEAUT OH NEWS HERALD | 5,000 |
| WEST HOLLYWOOD TODAY | 50,000 |
| CHICAGO HERALD BARRINGRON EDITION | 137,000 |
| WOOSTER OH RECORD | 26,000 |
| SANTA MONICA EVENING OUTLOOK | 39,000 |
| ATLANTIC CITY PRESS | 173,000 |
| AUBURN CA JOURNAL | 26,000 |
| MANCHESTER NH UNION LEADER | 66,000 |
| EVANSVILLE IN COURIER | 64,000 |
| ABBEVILLE LA MERIDIONAL | 9,000 |
| READING MA TIMES CHRONICLE | 19,000 |
| FRANKFORT IN TIMES | 8,000 |
| PORTLAND ME PRESS HERALD | 60,000 |
| DAILY NEWS RECORD | 22,826 |
| PALM BEACH DAILY JOURNAL | |

Exhibit 3

112

EXHIBIT 3

| MAGAZINES | APPROXIMATE READERS |
|---|---|
| FAMILY CIRCLE | 6,553,883 |
| GOOD HOUSEKEEPING | 5,141,693 |
| LADIES CIRCLE | 79,255 |
| HIGH SCHOOL SPORTS | 520,000 |
| SPORTSTYLE | 25,524 |
| ADVERTISING AGE | 88,937 |
| 16 MAGAZINE | 158,790 |
| SURFING | 85,400 |
| HOLLYWOOD INSIDER | 572,000 |
| HOLLYWOOD CLOSE-UP | 550,000 |
| PURPLE COW | 40,000 |
| CAMPING MAGAZINE | 7,800 |
| TOY & HOBBY WORLD | 18,201 |
| LA STYLE | 50,000 |
| YOUNG FASHIONS | 23,000 |
| COLLEGE STORE | 8,278 |
| SWIMMING POOL AGE & SPA | 15,075 |
| TOTAL HEALTH | 70,000 |
| TEEN BEAT | 135,591 |
| ADVENTURE MAGAZINE | 44,000 |
| LICENSING TODAY | 18,000 |
| MEN'S LOOK | |

| MAGAZINES | APPROXIMATE READERS |
|---|---|
| TV GUIDE | 16,874,477 |
| OUTSIDE BUSINESS | 12,565 |
| TIGER BEAT | 262,000 |
| HUMPTY DUMPTY | 350,000 |
| POTENTIALS MARKETING | 67,400 |
| ORANGE COUNTY MAGAZINE | 28,500 |
| LINENS, DOMESTICS & BATH PRODUCTS | 10,600 |
| HOME FURNISHINGS | 15,000 |
| FITNESS | 21,000 |
| POOL & SPA NEWS | 12,453 |
| TEEN MAGAZINE | 1,124,003 |
| ORANGE COAST | |
| WOMEN'S WORLD | 121,500 |
| PLAYGIRL | 641,016 |
| RIGHT ON | 154,278 |
| RADIO & RECORDS | 7,500 |
| PLEASURE BOATING | 19,050 |
| DAILY NEWS RECORD | 22,826 |
| UNIVERSITY MAN | |
| CALIFORNIA LIFESTYLE | |
| TEEN ROCK | |
| TEEN USA | |
| VOLLEYBALL MAGAZINE | |
| CITY SPORTS | 200,000 |
| THE COMPETITORS | |

-2-

114

| MAGAZINES | APPROXIMATE READERS |
|---|---|
| ENTERTAINMENT TODAY | 32,000 |
| GIFT STATIONARY BUSINESS | |
| HONOLULU | 32,224 |
| EXERCISE FOR MEN ONLY | |
| GIFTS & DECORATIVE ACCESSORIES | 34,372 |
| MUSCLE & FITNESS | 509,295 |
| ENDLESS VACATION | 437,091 |
| HOLLYWOOD REPORTER | 19,250 |
| HOME TEXTILES TODAY | 11,000 |
| KNX-FM "ODYSSEY FILE" | 26,000 |
| FEMALE BODY BUILDING | |
| WOMEN TODAY | |
| YM | |
| WINDSURF | |

115

B

116

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF )<br>CLM DESIGN, INC. (d/b/a )<br>Son International) )<br>    )<br>    )<br>    )<br>    )<br>FOR: ROUND BEACH TOWEL DESIGN ) | Janice O'Lear<br>Trademark Attorney<br><br>Law Office V |

## DECLARATION

I have been involved in the retail store industry for 10 years. Currently, I am the President/Treasurer for PEEPERS OF HILTON HEAD, INC. , a sunglass & beach accessory store, and I am responsible for buying, merchandising and running the daily business.


During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.


As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.


It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

117

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

Brenda L. Stevens
_____
Name Printed

August 12, 1987
_____
Date

118