# EXHIBIT 12

Case 1:08-cv-00058   Document 45-13   Filed 05/16/2008   Page 1 of 2



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   73/627,482

2. Mark:
   Miscellaneous Design

3. Applicant:
   CLM DESIGN, INC.

4. Publication Date:
   APR. 5, 1988

The mark of the application above identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13 of the Statute or by rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at $7.00 each for domestic orders, or at $8.75 each for foreign orders from:

> The Superintendent of Documents
> U.S. Government Printing Office
> Washington, D.C. 20402

By direction of the Commissioner.

5. Send correspondence to:

NEUMAN, WILLIAMS, ANDERSON & OLSON
77 WEST WASHINGTON STREET
CHICAGO, ILLINOIS 60602

120