# EXHIBIT 14

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**　Reg. No. 1,502,261
　Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CLM DESIGN, INC. (ILLINOIS CORPORATION), DBA SONS, INC.
SUITE NO. 1
8217 BEVERLY BOULEVARD
BEVERLY HILLS, CA 90048

FOR: BEACH TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 8-15-1985; IN COMMERCE 2-14-1986.
THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH TOWEL.
SEC. 2(F).

SER. NO. 627,482, FILED 10-29-1986.

JANICE O'LEAR, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 1

| | | | |
|---|---|---|---|
| **Serial #:** 73627482 | **Filing Dt:** 10/29/1986 | **Reg #:** 1502261 | **Reg. Dt:** 08/30/1988 |

**Registrant:** CLM DESIGN, INC.
**Mark:**

**Assignment:** 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3572/0346 | **Received:** 07/02/2007 | **Recorded:** 07/02/2007 | **Pages:** 4 |

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** CLM DESIGN, INC.
 **Exec Dt:** 06/29/2007
 **Entity Type:** CORPORATION
 **Citizenship:** ILLINOIS

**Assignee:** FRANEK, CLEMENS E.
4601 POST RD.
EAST GREENWICH, RHODE ISLAND 02818
 **Entity Type:** INDIVIDUAL
 **Citizenship:** UNITED STATES

**Correspondent:** ELAYNA T. PHAM
919 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10022

Search Results as of: 05/13/2008 02:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

**Reference:** unnamed
**Database(s):** Federal
**All Owner:** *clm design*

1 record. 
Search

## Table of Contents     Preferences      Final Report Format

### Federal
1.  73-627482       (Design only)    Registered    FRANEK, CLEMENS E.

Return to Table of Contents

## Record 1



| | |
|---|---|
| Mark | (Design only) |
| Status | Registered |
| Status Date | Feb 2, 1994 |
| Register | Principal Sec  2 f |
| Ser./App. No. | 73-627482 |
| Registration No. | 1502261 |
| Int'l Class | 24 - Fabrics |
| Goods/Services | BEACH TOWELS |
| U.S. Class | 42 |
| 1st Use | Aug 15, 1985 |
| Commerce Use | Feb 14, 1986 |
| Filing Date | Oct 29, 1986 |
| Published (Last) | Apr 5, 1988 |
| Registered | Aug 30, 1988 |
| Affidavits | Sec. 8 accepted. Sec. 15 acknowledged. |
| Design Codes | 260102 - Circles, plain single line |

```
Description         THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH
                    TOWEL.

TTAB Proceeding     Cancellation 17437
  Plaintiff         ALAIN D. BOICE
   Mark             NO MARK PLEADED
   Correspondt      DAVID B. NEWMAN, JR., 932 HUNGERFORD DRIVE, SUITE
                    35-A, ROCKVILLE, MD 20850
  Filed             Sep 9, 1988
  Status            Terminated  Jun 15, 1991
  Decision          Dismissed with Prejudice

Correspondent       RAYMOND N. NIMROD
                    JENNER & BLOCK
                    330 N. WABASH ONE IBM PLAZA
                    CHICAGO IL 60611

Applicant           CLM DESIGN, INC., DBA SONS, INC. (IL CORP.)
                    SUITE NO. 1 8217 BEVERLY BOULEVARD
                    BEVERLY HILLS, CA 90048

Registrant          FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL)
                    4601 POST RD.
                    EAST GREENWICH, RI 02818

ASSIGNMENTS

  Reel/Frame        3572/0346
  Assignor(s)       CLM DESIGN, INC. (ILLINOIS CORPORATION)
  Assignee(s)       FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL), 4601
                    POST RD., EAST GREENWICH, RHODE ISLAND, 02818
  Correspondt       ELAYNA T. PHAM, 919 THIRD AVENUE, 37TH FLOOR, NEW
                    YORK, NY 10022
  Date Sgnd/Ack     Jun 29, 2007
  Date Recorded     Jul 2, 2007
  Brief             NUNC PRO TUNC ASSIGNMENT EFFECTIVE 1311994

Action History      Mar 24, 2008     NOTICE OF SUIT
                    Jul 4, 2007      AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP
                    Aug 5, 2005      TEAS CHANGE OF CORRESPONDENCE RECEIVED
                    Feb 2, 1994      REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15
                    ACK.
                    Sep 1, 1993      REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED
                    Jun 15, 1991      CANCELLATION TERMINATED NO. 999999
                    Feb 22, 1991      CANCELLATION DISMISSED NO. 999999
                    Nov 9, 1988       CANCELLATION INSTITUTED NO. 999999
                    Aug 30, 1988      REGISTERED-PRINCIPAL REGISTER
                    Apr 5, 1988       PUBLISHED FOR OPPOSITION
                    Mar 4, 1988      NOTICE OF PUBLICATION
                    Feb 2, 1988      APPROVED FOR PUB - PRINCIPAL REGISTER
                    Jan 29, 1988      EXAMINERS AMENDMENT MAILED
                    Dec 21, 1987      CORRESPONDENCE RECEIVED IN LAW OFFICE
                    Oct 16, 1987      NON-FINAL ACTION MAILED
                    Oct 13, 1987      ALLOWANCE/COUNT WITHDRAWN
                    Sep 24, 1987     CORRESPONDENCE RECEIVED IN LAW OFFICE
                    Mar 20, 1987     NON-FINAL ACTION MAILED
                    Feb 20, 1987     ASSIGNED TO EXAMINER
```

Return to Table of Contents