# EXHIBIT 15

Aug. 27, 1957 M. P. BRADFORD 2,803,845

CIRCULAR TOWEL

Filed June 14, 1954




INVENTOR

Marjorie P. Bradford

BY Kimmel + Crowell

ATTORNEYS

United States Patent Office

2,803,845
Patented Aug. 27, 1957

1

2,803,845

# CIRCULAR TOWEL

Marjorie Paschall Bradford, Dubuque, Iowa

Application June 14, 1954, Serial No. 436,483

1 Claim. (Cl. 15—209)

This invention relates to towels.

An object of this invention is to provide a towel which is constructed in circular form and includes means for suspending the same from a towel rack.

Another object of this invention is to provide a towel of the bath type having great area and including an elastic suspension element so that the towel may be disposed in a convenient position for use by small children. It is well known that small children are very careless in the use and handling of towels, and when they are through with the towels they either drop them on the floor or carelessly put the towels back on the rack. The result is that the bathroom is littered with towels which could be used again if carefully handled.

It is another object of this invention to provide an improved towel construction including an elastic strap or suspension element which is engaged about the towel rack so that pull on the towel during the use thereof will not place a strain on the towel rack.

A further object of this invention is to provide a towel of circular or disc shape with a central reinforcing disc and a pair or crossed straps through which an elastic band is extended so that no undue strain will be exerted on the towel or the rack.

With the above and other objects in view, my invention consist in the arrangement, combination and details of construction disclosed in the drawing and specification, and then more particularly pointed out in the appended claims.

In the drawing:

Figure 1 is a plan view of a towel constructed according to an embodiment of this invention showing the device in flat form.

Figure 2 is a detail side elevation of the towel in suspended form.

Figure 3 is a fragmentary plan view on an enlarged scale of the central portion of the towel.

Figure 4 is a fragmentary sectional view taken on the line 4—4 of Figure 1.

2

Referring to the drawing the numeral **10** designates generally a circular fabric which is hemmed as at **11** at its outer margin. The fabric **10** is constructed of conventional toweling such as used for bath towels and the body **10** in the center thereof has stitched thereto a disc-shaped reinforcing member **12**. A pair of crossed straps **13** and **14** extend over the disc **12** and the outer ends of the straps **13** and **14** as shown in Figure 4 are extended about the outer margin of the disc **12** and then extended inwardly beneath the disc **12**. The disc and the straps **13** and **14** are stitched to the body **10** as by stitching **15**.

In order to provide a means whereby the circular body may be suspended from a towel rack bar **16**, I have provided an elongated elastic strap **17**. The strap **17** is extended beneath the crossed portions of the straps **13** and **14** as shown in Figure 1 and the ends of the elastic strap or band **17** are then provided with rings **18** and **19**. At least one of these rings such as ring **19** is of the separable type so that ring **19** may be locked to ring **18** with the strap or band **17** extended over and about the supporting bar **16**.

The circular form of the towel body **10** provides a relatively large area of toweling for use by small children and by suspending the body **10** with an elastic strap or band the tapes **13** and **14** will not be placed under undue tearing strain if the towel is pulled laterally or downwardly with respect to the rack bar **16**.

When the body **10** is being laundered, the elastic strap **17** may be removed from the towel so that the elastic strap will not deteriorate too quickly by reason of becoming wet.

What is claimed is:

In combination, a towel and suspension means therefor comprising, a circular fabric body, a reinforcing disc for said body, a pair of crossed straps positioned on said disc with the ends of said straps extending under the edge of said disc, stitching extending through said body, said disc and said straps securing said body, said disc and said straps together, with said disc disposed centrally of said body, an adjustable elastic suspension member extending under said crossed straps for suspending said body, and means joining the opposite ends of said elastic suspension member to form a closed loop.

**References Cited** in the file of this patent

UNITED STATES PATENTS

| | | |
|---|---|---|
| 1,351,311 | Virneburg | Aug. 31, 1920 |
| 1,478,112 | Flather | Dec. 18, 1923 |
| 2,204,947 | Apfelbaum | June 18, 1940 |
| 2,288,469 | Lookholder | June 30, 1942 |
| 2,754,532 | Kanehl | July 17, 1956 |