# EXHIBIT 17

D6-608

FR 399229
APR 1979

FRANCE
2 399 229
APRIL, 1979


PETITIONER'S
EXHIBIT
3

DEVA/ *       P2B                    E1665B/19  ★ FR 2399-229
Towel or cloth for hanging from hook - is pref. circular and has loop
or hole pref. in centre
   DEVALOIS I H, 02.08.77-FR-024148
   (06.04.79) A471-19
The towel or cloth suspended from a hook is designed to
have the shortest possible hanging length, and is therefore
pref. circular (A1). It has one or more attachments (2)
for hanging it on a hook and these are preferably situated
near the centre (B) of the towel or cloth.
  In order to alter the hanging height of the towel or
cloth, the position of the attachment, or loop, can be mov
-ed from the centre. The attachment can be in the form
of a piece of material attached, or a buttonhole in the tow-
el or cloth itself.



2.8.77. as 024148 (4pp318)

RÉPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
DE LA PROPRIÉTÉ INDUSTRIELLE

PARIS

⑪ N° de publication : **2 399 229**
(À n'utiliser que pour les commandes de reproduction).

A1

# DEMANDE
# DE BREVET D'INVENTION

㉑ N° **77 24148**

---

㊾ Torchon à attache centrale.

㊶ Classification internationale (Int. Cl.²).    A 47 L 19/00.

㉒ Date de dépôt .......................... 2 août 1977, à 11 h.

㉝ ㉜ ㉛ Priorité revendiquée :

㊷ Date de la mise à la disposition du
    public de la demande ............ B.O.P.I. — «Listes» n. 9 du 2-3-1979.

---

㊲ Déposant : DEVALOIS Isabelle Hélène et DEVALOIS Anne Claire, Juniac, 87240 Ambazac.

㊷ Invention de :

㊳ Titulaire : *Idem* ㊲

㊴ Mandataire :

Pl. unique                                      2399229

FIG. 1



FIG. 2              FIG. 3                FIG. 4

