# EXHIBIT 20





Bullseye On Horizon                    Zoom

 

### Life is good Round Beach Towel
$40.00

**The towel on the beach goes round and round with this unique pattern from Life is good®.**

Generously sized with a 60 in. diameter, this thick, soft cotton towel is a perfect companion at the beach, on a picnic or in your own backyard

Quality 100% cotton construction features an absorbent terry-loop knit on one side and a plush, velourlike finish on the other

Imported.
Item 764436

*Life is good.*

View all Life is good products

**Related Items:**

 Keen Calistoga Sandals - Women's **$80.00**

 Life is good Good Karma Organic Tote **$45.00**

 Life is good The Book: Simple Words From Jake and Rocket **$20.00**

 Smith Shoreline Sunglasses **$109.00**

 REI Membership **$20.00**

Manufacturers Directory from Taiwan & China Manufacturers and Suppliers and exporters

Home | Sign In | User Gu





Products Category | Sourcing Request | Buyer Service | Supp

type search keyword here  ◉ Product  ○ Supplier  ○ Company No

**Popular Keyword:** Connector    Hand Tool    Ball Pen    Digital Camera    Lock    Mp4 player    Security    IPOD    Porcelain    Stationery

**Categories:** ALL / Textile, Garments and Wearing Apparel / Textile Products / Blankets and Linen / Towels

Shan Dong Kartex co.,Ltd   (Exporter, Manufacturer)


Round Shape Beach towel

Inquire Now


Enlarge this image


Product Feature

Round Shape Beach towel, various different design and size as your request


Product Specifications



- About AsianProducts - Hot Product - User Guide - Site Map - Contact Us - Help Center -
- Partnering with AsianProducts - Career Opportunities - Privacy Policy - Relate Link-

Copyright 1986 - 2008 Media Federal Co. Ltd. All rights reserved. (2008-04-25)



Global Sources Home | Inquiry Basket | Product Search

- Home
- Company Profile
- Products
- Code of Conduct
- Factory Tour
- OEM
- Quality Control
- R&D
- Services & Support
- Trade Shows

 E-mail page
 Print
 Bookmark

# Mayflower Enterprise Limited

 Verified Supplier    Credit Check   Additional Verification Options

## Towels

**Product Details**


Larger photo

**Country of Origin:**
- China (mainland)

**Brand Name:**
- mays

**Primary Competitive Advantages:**
- Country of Origin

**Main Export Markets:**
- Eastern Europe
- North America
- Western Europe
- Australasia

Round-shaped Compressed Beach Towels, Customized Sizes are Accepted
Model Number: MT804152

 
View basket

Chat with supplier using: 

**Key Specifications/Special Features:**

- When immersed in water for while, it becomes a beautiful towel
- Sizes: 30 x 60, 40 x 70, 50 x 100, 60 x 120 and 70 x 140cm (customized sizes are available)
- Material: 100% cotton terry/velour
- Any design can be printed on it
- Can be compressed to form any shape
- Meets European and American standards
- All brand names and trademarks are the property of their respective holders and referred here for descriptive purposes only

**Products**

More products from this category


Towels


Towels


Towel

**Product Categories**

All categories - 153 products
Backpacks - 12 products
Beach bags - 3 products
Beach towels - 4 products

Duffle bags - 8 products
Fabric handbags - 1 product
Fabric shoulder bags - 4 products
Laptop bags - 8 products

Canvas briefcases - 1 product
Canvas shoulder bags - 2 products
Cooler bags - 3 products
Cosmetic bags - 7 products

Messenger bags - 5 products
Promotional tote bags - 11 products
School bags - 5 products
Shopping bags - 23 products

more >>

### More information

#### Articles
- Ceramic piggy bank with multicolor dots
- Supplier profiles
- Makers stress framework, logo-print durability

### Contact Details



**Key Contact:**
Ms Xu, May
Manager
Mobile phone: +86-13905061745
mayflower@globalsources.com

info@mays.cn

Mayflower Enterprise Limited
5F, Zonghe Building
Quanzhou Shangcheng
Quanzhou
Fujian
China  362000
Tel:  (86 595) 22151990
Fax:  (86 595) 22151992

mayflower@globalsources.com

info@mays.cn

Chat with supplier using:


Homepage Address
http://www.globalsources.com/mayflower.co
Other Homepage Address
www.mays.cn

Supplier and product information updated April 16, 2008. Global Sources verifies information published here via regular supplier visits.

 **This member has been verified by Global Sources.**  Learn more
Verified suppliers are visited by Global Sources at least 3 times before their products are listed. This ensures that information on suppliers and products-on-offer is accurate.

### Other categories you may find interesting

**Worldwide:**
Bath Towels
Straw Beach Mat
Embroidered Towel
Bathroom Towels
Bath Towel
Roll Towels
Hand Horse Towel
Decorative Hand Towel
Sports Towels
Hand Towels

**China only:**
China Bath Towels
China Straw Beach Mat
China Embroidered Towel
China Bathroom Towels
China Bath Towel
China Roll Towels
China Hand Horse Towel
China Decorative Hand Towel
China Sports Towels
China Hand Towels

Top China Supplier: **0-9** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Copyright © 2008 Trade Media Holdings Ltd. Copyright © 2008 Trade Media Ltd. All rights reserved. hkweb18.globalsources.com
Terms of Use   Privacy Policy   Security Measures   IP Policy   More manufacturers   China Suppliers



Home | Sign In | Join Free | TradeManager | Translat

For Buyers    For Sellers    Community

Products    Selling Leads    Suppliers    Buyers    Trade Shows

Home > Buy > Textiles & Leather Products > Home Textile > Towel > Round Towel with Reactive Printing

# Round Towel with Reactive Printing



**Place of origin:** China
**Model No:** DMJB-11
**Payment Terms:** T/T
**Minimum Order Quantity:** 5,000pcs
**Delivery Time:** 60 days

Video Intro

Offline    Contact Now

Company In
Zhangqiu
Gold Su

All Pro
View
Conta

Round Towel with Reactive Printing

« Prev    1    2    3    4    5    6    7    8    9    10    ...    Next »

## Features Specifications: Round Towel with Reactive Printing

Features:
1) Material: 100% cotton
2) Beautiful pattern
3) Soft handle
4) Strong water absorption
5) Can be used as Turkish towel or table cloth
6) Dimensions: dimeter 180cm
7) Weight: 400gsm

Outer packing:
10doz/pack, 60pcs/ctn or 120pcs/ctn

Conveyance:
Qty/20' FCL: 18,000pcs
Qty/40' FCL: 45,000pcs

Business Card

**Zhangqiu Huajin Textile Mill [CN]**    Offline

**Online Postings:** Products , Selling Leads     Contact Now

http://www.alibaba.com/product-gs/51468018/Round_Towel_with_Reactive_Printing.html    4/24/2008

**Supplier Website**   Contact Details   Video Intro

« Prev   1   2   3   4   5   6   7   8   9   10   ...   Next »

Let supplier know exactly what you're lookin

**Related Products**


Round Towel with Reactive Printing


reactive velour printed towel


reactive velour printed beach towel


reactive velour printed beach towel


Reactive Velour Printed Towel


reactive velour printed towel


reactive printed velour bath towel


Velour Beach Towel with Reactive Printing


printed towel


towel


towel


towel

**Related Searches**

velour towel with reactive printing

Trade Articles & Discussions in *Community*


Find out what's hot at 103 Canton Fair
Visit our Canton Fair Special now!


Don't hesitate, join our modertor team!
Seller Asking for Extra Money Before Fin
List of Suppliers with references
A Item that I Have a Patent on

Email this page     Bookmark this page     Print this Page

**Company Info - Partnerships**
Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services - Help - Site Map - Customer Service

Browse Alphabetically: All Products, Importers, China, Countries - Archive

Alibaba Group: Alibaba.com: Alibaba China - Alibaba International - Alibaba Japan | Taobao | Alipay | Yahoo! China | Koubei.com | Alisoft | Alimama

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips - Report Intellectual Property Right Infringement

Copyright Notice © 1999-2008 Alibaba.com Limited and/or its subsidiaries and licensors. All rights reserved.

round beach towel - Sell Offers for round beach towel - exporters, manufacturers, suppliers, wholesale, Trade...   Page 1 of 2

**Round beach towel** exporters, suppliers, manufacturers, factories and Distributors related to round beach towel



Sign In | Join Free | Help    Inquiry Basket    ES 日文 中文 EN عربي

1,615,017 Registered Users

Home | Sell Offers | **Buy Offers** | Products | Companies | Member Area

Latest Sell Offers | Add New Sell Offer | My Sell Offers | Free Offer Alert

Ads by Google    Hotel Towel    Microfiber    Pismo Beach    Funny Towel    Pool Towel

**How TradeKey.com can help suppliers**

▶ Watch Movie

**Post your Products for FREE**

Search Products Worldwide:
[        ] [Search]

Home > Sell Offers > round beach towel

Sell Offers → Buy Offers → Products → Companies

Select ☑ and Click [Contact Now] or [Add to Basket]

Showing 2 of 2 records found    Page 1 of 1

☐ Contact Now

**Sell Round Beach towel**
**Round** Shape **Beach towel**, various size and design as your request We are a **towel** supplier in China, and our products i...

from ShanDong Kartex co,.ltd
[Related Categories: Towel & Handkerchief]
[Related Keywords: round beach towel, beach towel]
[ 17 more round beach towel offers ]

[Contact Now]

☐ Contact Now

**Sell Round Beach Towel**
We are one **towel** Manufacturer in China, and our products include kids poncho, hooded **beach towel, towel** poncho, solid color...

from shandong kartex group
[Related Keywords: beach towels]
[ 20 more round beach towel offers ]

[Contact Now]

Page 1 of 1

Select ☑ and Click [Contact Now] or [Add to Basket]    ^ Top

**Wholesale Towels, Robes**
Bath Towels as low as $12.95/dz Hand Towels as low as $6.95/dz
www.SpeedySuppliers.com

**Martex Towel**
Explore 5,000+ Bath Linens. Save on Martex Towel!
Shopzilla.com/Martex

**Microfiber Towels & More**
Quality Towels as low as $1.15 Clean Smarter Not Harder!
www.microfiber.org

**Flour Sack Towels**
30x29 144/cs $.90 ea, 18/pk 1.00 ea
38x30 144/cs 1.10 ea, 12/pk 1.25 ea
www.midwestrobesandtowels.com

v.                                                                                 Ads by Google

Category Hot Products:

| round coffee table | towel crafts | beach dresses | Round Dining tables |
| round sofa | towel folding | BATH TOWEL | beach bags |
| beach mats | beach pants | round chair | round eyeglasses |

http://www.tradekey.com/ks-round-beach-towel/    4/24/2008

| beach mat | beach shorts | beach tables |
|---|---|---|

- round beach towel offers
- round beach towel importers
- round beach towel products
- round beach towel companies

Home | Sell Offers | Buy Offers | Products | Companies | Country Search | Inquiry Basket | Trade Alert | Premium Companies
About TradeKey.com | Premium Services | Help | Site Map | Contact Us | Advertise | Affiliate Program | Archives | Search Products

Hot Products: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z



Privacy Policy - Terms of Use
Copyright © 2008 TradeKey.com

All Offers/Products/Company Profiles/Images and other user-posted contents are posted by the user and Tradekey shall not be held liable for any such content. However, Tradekey respects the intellectual property, copyright, trademark, trade secret or any other personal or proprietary third party rights and expects the same from others. To see our intellectual property policy and for infringement claims click here.

Created in 4.8727669715881 seconds