# EXHIBIT 22

# A GREAT NEW SHA... JUST HIT THE BEACH!





...ducing Sonspot™ from Springmaid,
...reat new beach towel line that's
...g to have everybody going
...nd in circles! These unique round
...stay put on the beach while sun-
...ippers rotate to follow the sun.
...lon't expect them to stay put on
...elf. These towels are designed to
...With 7 bold designs for grown-
...nd 2 charming ones for kids, we
...t a lot of heavy Sonspot™ activity
...immer. So give us a call before
...s start to heat up! (212) 903-2100

PETITIONER'S EXHIBIT 8



**CLUB TANGO**
Nearly 6 feet in diameter



**BURGER TO GO**
Nearly 6 feet in diameter



**ZODIAC**
Nearly 6 feet in diameter



**LADY BUG**
Nearly 5 feet in diameter


**SPLASH**
Nearly 5 feet in diameter


**PIGS ON A BLANKET**
Nearly 6 feet in diameter


**COCKTAILS FOR TWO**
Nearly 6 feet in diameter


**TIME'S UP**
Nearly 6 feet in diameter


**SUNSMILE**
Nearly 6 feet in diameter


*Sunspot* for Springmaid

CLEM FRANEK
1-213-284-3266

-213-284-3140

**Springmaid**
787 Seventh Avenue
New York, NY 10019 (212) 903-2100
© Springs 1989

[Springs]

The round shape of the towel is a trademark
which identifies it as a quality product of Son International.



**CLUB TANGO**
Nearly 6 feet in diameter

Introducing Sunspot™ from Springmaid, the great new beach towel line that's going to have everybody going around in circles! These unique round towels stay put on the beach while sun-worshippers rotate to follow the sun. But don't expect them to stay put on the shelf. These towels are designed to move. With 7 bold designs for grown-ups and 2 charming ones for kids, we predict a lot of heavy Sunspot™ activity this summer. So give us a call before things start to heat up! (212) 903-2100