# EXHIBIT 23



PETITIONER'S EXHIBIT 9





# SONSPOT® BEACH ENSEMBLE

## HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING
### NEARLY 6 FEET IN DIAMETER

PETITIONER'S EXHIBIT 5



## *The World's Greatest Beach Towel*
*Now when the sun moves, your towel doesn't have to!*

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International


PETITIONER'S EXHIBIT 11



# TWO TOWEL BEACH ENSEMBLE

## HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING NEARLY 6 FEET IN DIAMETER

## The World's Greatest Beach Towel
Now when the sun moves, your towel doesn't have to.

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1996 Son International