# EXHIBIT 25

# Success "Cheers Woody" Harrelson



*CHEERS bartender Woody Harrelson is conscious of his image.*

BY BILL EVANS

"CHEERS' dumb bartender is no dope when it comes to life on the other side of the tavern bar.

As Woody Boyd, he is convincingly slow-witted. As himself, he's Woody Harrelson, talented actor and shrewd businessman.

"I'm very conscious of the image that people have of me from the show," he says. "But I've come to terms with it."

The real Woody, 26, majored in English and theater arts, has written two plays, which he plans to produce in Los Angeles, and is a partner in a beach gear business, selling everything from a large circular beach towel — "so that you don't have to keep turning it around with the sun" — to a digital wrist watch called The Wave, which operates on water rather than batteries. The enterprise brings in a healthy profit.

The beach is the place where he lives now — in a town house where the monthly rent is more than he earned in six months as a struggling actor in New York. Opportunities didn't abound then and he held jobs as a waiter, busboy, runner, and cook before he hit the happy formula with the Woody role on Cheers.

"Sometimes I wish I were more like Woody," he says. "He's such a loving person. I'm capable of being a loving person, but I don't have his naivete."

Ironically, it's the success of Woody's naive character that has brought in enough money for the real Woody to make his mark as a businessman.

"I'm hoping the beach business will make me financially independent enough so that I won't have to accept any roles that I don't think are high quality," he says. "And I have to thank Woody for giving me the means for that."

**PETITIONER'S EXHIBIT**

## 25 MOST PROFITABLE COMPANIES

Here are the 25 most profitable companies in the United States, as compiled by Forbes magazine on the basis of return on equity during the last three to five years.

- 1. Reebok International, athletic apparel manufacturer.
- 2. CenTrust Savings Bank, savings and loan.
- 3. Anchor Glass, glass container manufacturer.
- 4. Coleco Industries, toy manufacturer.
- 5. Chrysler, car manufacturer.
- 6. Highland Superstores, retailer.
- 7. Seagate Technology, computer equipment manufacturer.
- 8. Columbia Savings & Loan Association, savings and loan.
- 9. Lockheed, aircraft manufacturer.
- 10. Sun Microsystems, computer manufacturer.
- 11. Liz Claiborne, apparel manufacturer.
- 12. Price Co., wholesale merchandiser.
- 13. Limited Inc., retailer.
- 14. Western Savings & Loan, savings and loan.
- 15. Mayfair Super Markets, retailer.
- 16. Subaru of America, auto manufacturer.
- 17. U.S. Healthcare, health maintenance organizations.
- 18. Commerce Clearing House, publisher.
- 19. Home Depot, retailer.
- 20. Student Loan Marketing, loan financing.
- 21. General Motors EDS, computer systems.
- 22. American Continental, financial service and real estate holding company.
- 23. ICH, insurance holding company.
- 24. Kellogg, food manufacturer.
- 25. General Cinema, soft drink manufacturer and theatre chain owner.

**PETITIONER'S EXHIBIT 13**

## Woody Finds New Role

Sept. 1988

# Cheers Star Toasts Success With Innovative Firm

by Cathy Panes

6150 Mision Gorge Rd
Suit 225
San Diego Calif 92120



**WOODY'S WATCHES** — Woody Harrelson promoting the water-powered Wave Watch, the company's second product to hit the market.

Woody Harrelson convincingly portrays Woody Boyd, the lovably naive Indiana farm boy turned bartender on the hit TV show, *Cheers*. In real life, Harrelson is far from gullible, especially when it comes to his business venture. He is the vice president in charge of publicity and marketing for Son International, a beach accessories company based in Hermosa Beach, Calif.

Son International introduced the first round beach towel, SonSpot, last summer and received an overwhelming response from consumers. Retail sales for the first year totaled over $1 million. The purpose of a round beach towel is simple: "Now when the sun moves, your towel doesn't have to."

Their second product to reach stores is the Wave Watch, and like the SonSpot, is attracting attention for its originality. The watch runs on water and needs refilling only once or twice a month simply by wearing it in the shower or during a swim.

The success of the SonSpot towels and Wave Watches has prompted Son International to create additional products for the market. The company is presently in the process of developing an entire line of beach fashion items.

### Starting Out

Son International was founded in 1985 and besides Harrelson, includes Clem Franek, president of the firm, Robert Farrelly, vice president of sales, and Glen Grunwald, chief legal and financial advisor (who also was former captain of the Indiana University 1981 national championship basketball team).

Franek, previously an investment advisor in Rhode Island, started in business at a young age. At 17, he was in the import/export business, shipping American cars to Europe. He came up with the concept for the round beach towel while, at the beach during a windy day, he was covered with sand as people were getting up to reposition their towels.

"It struck me as something with incredible potential," Franek said. He spent two years developing the towels and trying to find a

PETITIONER'S EXHIBIT 15

Hair Salon in Birmingham and Powers Modeling Agency threw themselves into the event that reportedly astounded the 450 people who jammed the club. Organizers hope to repeat it next year, said Tim Nasso, a spokesman for the consulate.



Woody Harrelson, star of television's "Cheers" series, relaxes on his other job.

### Is he just fooling around?

This time, we throw ourselves on your mercy. We just don't get it. Woody Harrelson, who plays the naive bartender Woody on "Cheers," is co-owner and a spokesperson for Son International. This California company manufacturers giant — six feet in diameter — round beach towels. Why is round better than square? Why is this company encouraging people to lie out in the sun and roast themselves? We believe we're performing a public service by posing these questions. Think about it. These towels cost between $40 and $50. We say get your fill of the beach while sitting under a nice shade tree.

*By Robin D. Givhan*

Knight-Ridder Newspapers

Baby boome
generation
planned to
immortalit
They'v
tucked and their tr
liposuctioned middl
Retin-Aed crows' f

What they have
removed.

But as the first
chronological corne
is becoming unavoid
have just about had

The generation
future through rose
now being forced to
tinted bifocals.

Boomers are fal
presbyopia, an age-
caused by the harde
eye and the loss of
these emerging pres
call them, are not
deterioration gracef

Lynn Diener, for
refused to admit an
reasons she was squ
head and closing on
reading the newspap
accounts.

I'm tired, she tol
The light isn't qu
My arms are too
Needing reading
a shattering experie
boomers, said opticí
who sells more than
average month. "W
generation," he said.
a cap on a tooth or a
you feel like you are

Optometrists do
the tender feelings
confronting their mo
time. "I try not to u
explained Dr. Steve
it light, to say, 'When
point in life . . .' or
But they are at a pe
feel they are beginni

PETITIONER'S EXHIBIT 16