# EXHIBIT 26

Case 1:08-cv-00058   Document 45-27   Filed 05/16/2008   Page 1 of 3

Attorney Docket: BOIC-002

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK TRIAL AND APPEALS BOARD

| | |
|---|---|
| ALAIN D. BOICE<br><br>    Petitioner<br><br>    v.<br><br>CLM DESIGN, INC.<br><br>    Respondent | Cancellation No. 17,437<br><br>Reg. No. 1,502,261 |

The Honorable Commissioner of
   Patents & Trademarks
Washington, D.C. 20231



PETITIONER'S EXHIBIT 6

Sir:

## AFFIDAVIT OF GLORIA L. BOWEN

STATE OF MARYLAND   )
                         )SS.
COUNTY OF MONTGOMERY)

I, Gloria L. Bowen, a citizen of the United States, having been duly sworn, state as follows:

1. I visited CLM Design, Inc. on February 10, 1989, in Los Angeles, California.

2. During my visit I met Mr. Clem Franek.

-1-

3. Mr. Franek stated to me that only CLM Design was allowed to make, use or sell the round beach towel, because of their trademark on the round beach towel.

4. Mr. Franek stated to me that the old fashion way of getting up and moving and turning a rectangular towel was no longer necessary. With the round towel, as stated by Mr. Franek, a person need only rotate the body without moving the towel.

5. Mr. Franek stated to me that the CLM Design, Inc. will make $10 million this year, 1989, from sales of the round towel.

IN TESTIMONY WHEREOF, I have hereunto set my hand.

County of Montgomery

State of Maryland

Subscribed and sworn to before me this 31 day of March, 1989.

_____
Gloria L. Bowen

Date 3-31-89

_____
Notary Public

SEAL    LESLIE A. SNYDER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 1990

-2-