## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAY FRANCO & SONS, Inc., | ) |
| | ) Civil Action No. 1:08-cv-01313 |
| Plaintiff, | ) Consolidated with No. 1:08-cv-0058 |
| | ) |
| v. | ) Judge Dow |
| | ) |
| CLEMENS FRANEK, | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, August 28, 2008 at 9:15 a.m.**, we shall appear before the Honorable Judge Dow, or any Judge sitting in his stead, in Room 1919 at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago 60604 and present **Defendant's Motion for Leave to File Sur-Reply Brief**, herewith served upon you.

/s/ Mark D. Roth

### PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Defendant's Motion for Leave to File Sur-Reply Brief** via ECF notification to counsels of record on August 20, 2008.

/s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262