## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1313 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Franco & Sons vs. Franek | | |

**DOCKET ENTRY TEXT**

Enter Following Minute Order nunc pro tunc as of 4/17/08: Stipulated Motion to Consolidate [27] Two Related Actions on Consent Pursuant to FRCP 42(1) is granted. Case 08 C 1313, Jay Franco & Sons, Inc. vs. Clemens Franek, is found to be related to the above-entitled action and is ordered consolidated for all purposes. Defendant Franek shall file his answer to the complaint within 10 days of this Order. Both parties shall serve their Initial Disclosures under Rule 26 within 10 days of this Order. Both parties shall join in the existing discovery schedule in the prior action: Fact discovery to be completed by 12/12/08; Opening expert reports are due 1/16/09; Rebuttal expert reports due by 3/6/09; Expert discovery will be completed by 4/3/09. ( FOR ALL FURTHER PROCEEDINGS SEE CASE  08 C 58, Franek vs. Walmart Stores.)

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

Order Form (01/2005)  Case 1:08-cv-00058  Document 25  Filed 08/28/2008  Page 1 of 1

08C1313 Franco & Sons vs. Franek                                                                                                    Page 1 of  1