## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1313 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Jay Franco & Sons vs. Franek | | |

**DOCKET ENTRY TEXT**

The above-entitled case having been consolidated for all purposes with Case No. 08 C 58, <u>Franek v. Walmart Stores, Inc., et al</u>, It is Ordered that 08 C 1313, <u>Jay Franco & Sons, Inc. v. Franek</u>, is hereby dismissed and all future pleadings are to be filed in 08 C 58 only.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|