# EXHIBIT A

# EXHIBIT A

| Curriculum Vitae: | Robert John Anders<br>78 Continental Road<br>PO Box 609<br>Warwick, N. Y. 10990-0609 | Voice: 845-987-8674<br>Fax: 845-987-8675<br>Cel: 84r5-987-6534<br>email: rjanders@msn.com |
|---|---|---|

**EMPLOYMENT:**

| | | |
|---|---|---|
| 1987-present | **Robert Anders, A Design Consultancy**<br>P. O. Box 609<br>Warwick, N.Y., 10990-0609 | Owner of consultancy involved with industrial design. Expert Witness. |
| 1993-2000 | **Professor**<br>Pratt Institute<br>Brooklyn, N.Y. | Created new graduate programs: "Design Management" and "Arts & Cultural Management |
| 1992-1994 | **Acting Associate Dean**<br>School of Art & Design<br>Pratt Institute | Responsible for financial and administrative management systems. |
| 1989-1992 | **Associate Professor**<br>Department of Industrial Design<br>Pratt Institute | Taught graduate and: undergraduate courses. |
| 1988 | **Visiting Assistant Professor**<br>Pratt Institute | Taught graduate courses |
| 1986-1987 | **Deputy Commissioner General**<br>United States Exhibition, Expo '88<br>Brisbane, Australia<br>U.S.I.A., Washington, D.C., 20547 | Responsible for project direction and overall management of the $8.5mm exhibition. |
| 1985-1986 | **Chief, Exhibitions Management Division**<br>Pennsylvania Historical & Museum Commission, P. O. Box 1026<br>Harrisburg, PA., 17108-1026 | Responsible for the design fabrication and maintenance of exhibits at all 27 museums and historical sites in Pennsylvania. |
| 1984-1985 | **Visiting Assistant Professor**<br>Pratt Institute | Taught graduate course. |
| 1981-1984 | **Vice President**<br>Barry Howard & Associates, Inc.<br>Larchmont, N.Y.<br>**President**, Interpretive Media, Ltd.<br>New Orleans, LA. | Principal responsible for project design and management at the parent firm and for the creative direction and management of this audiovisual subsidiary. |
| 1980 | **Vice President**<br>PHP International, Inc.<br>Harrison N.Y. | Principal responsible for exhibit and graphic design; field supervision. |
| 1978-1979 | **Director, Visual Merchandising**<br>Revlon, Inc.<br>767 Fifth Avenue<br>New York, N.Y., 10022 | Department head responsible for design and management of all displays at consumer point of purchase. |

| **Curriculum Vitae:** | **Robert John Anders** | |
|---|---|---|
| 1975-1985 | **President**<br>The Anders Group, Inc.<br>Staten Island, N.Y. | Owner of a firm involved with the general practice of industrial design. |
| 1971-1975 | **Director, Staff Design**<br>Bristol-Myers Company<br>345 Park Avenue<br>New York, N.Y., 10022 | Established and managed a department of seventeen which provided a wide variety of industrial design services to the corporate staff and divisions. |
| 1965-1971 | **President**<br>Robert Anders Design, Inc.<br>342 Madison Avenue<br>New York, N.Y., 10017 | Owner of an industrial design firm with a staff of twenty-two involved with human factors, space planning, exhibitions, graphics, audio-visual shows, museum, product and furniture design. |
| 1961-1965 | **Assistant Director**<br>Exhibition Design Department<br>Donald Deskey Associates, Inc.<br>New York, N.Y. | Responsible for creative supervision and project administration of up to thirty-eight designers creating major exhibitions. |
| 1959-1960 | **Director of Industrial Design**<br>Arthur Wagner Associates, Inc.<br>New York, N.Y. | Supervised all industrial design and architectural projects for this thirteen person office. |
| 1958-1959 | **Exhibition and Architectural Design Specialist**<br>Office of International Trade Fairs<br>U.S. Department of Commerce<br>Washington, D.C. | Project designer of United States Exhibitions at international trade fairs abroad. |

**EDUCATION:**
1950-1958          B.I.D. (Bachelor of Industrial Design)          1952-1956 U.S. Naval Schools
                   Department of Industrial Design                 Aerial Photography, Pensacola, FL
                   Pratt Institute, Brooklyn, N.Y.                 Deep Sea Divers, San Diego, CA

**AWARDS & HONORS:**
1974          First prize in package design, National Paper Box Association
1968          Pratt Institute Alumni; " Contemporary Achievement Award"
1958          "Dean's Medal", Department of Industrial Design, Pratt Institute

**SOCIETIES:**          **IDSA** (Industrial Designers Society of America)
                        **HF&ES** (Human Factors and Ergonomics Society)
                        **NANP** (National Association of Naval Photography)

2