# EXHIBIT B

**EXHIBIT B**

**Publications and Papers Presented to Professional Societies, Organizations and Companies**

*Defining, Mapping and Designing the Design Process.* Article published in the Design Management Journal, Volume 11, Number 3, Summer 2000.

*Design In Today's Corporate Culture.* Guest Editor and author of article in <u>Innovation</u>, the quarterly journal of the Industrial Designers Society of America, Spring, 1999.

*The Design Management Program (DMP) at Pratt Institute.* Article published in <u>Design Management Journal</u>, Vol. 9, Number 2, Spring 1998.

*Universal Design in the Industrial Design Department at Pratt Institute.* Article published in <u>Innovation</u>, the quarterly journal of the Industrial Designers Society of America, Spring, 1997.

*Design Management… for Designers? An outrageous idea whose time has come.*
Article prepared for <u>Innovation</u>, the quarterly journal of the Industrial Designers Society of America, Fall, 1996.

*Fostering Strategic New Design Cultures.* Paper presented at the 8th International Forum on Design Management Research & Education, at IESE Universidad De Navarra, Barcelona, Spain. November 20-22, 1996.

*Universal Design.* Paper Presented to Students in the School of Architecture, University of Southwestern Louisiana, April 12, 1996.

*A Shift in Design Thinking.* Paper Presented to Students in the School of Architecture, University of Southwestern Louisiana, April 13, 1996.

*Universal Design for Hand Held Products.* Paper Presented to Universal Design Education Project, Boston, Massachusetts. 1994.

*Universal Design.* Keynote Speech, Universal Design Education Project, Miami University, Miami, Ohio. 1994.

*Universal Design.* Talk prepared for the Display, Design & Fixture Design Show. Chicago Hilton & Towers, May 26, 1994. (Also Published by Adaptive Environments on the Internet, 1995.)

*Universal Design, Pratt Institute Design Primers.* Book, co-author with Daniel M. Fechtner, M.D., under a grant received from the J.M. Foundation. Published by Pratt Institute Department of Industrial Design & Pratt Center for Advanced Design Research. 1993. Sold nationally by the IDSA.

*Universal Design Curriculum.* Book, co-author, with Daniel M. Fechtner, M.D., Grant received from the J.M. Foundation. Published by Pratt Center for Advanced Design Research. 1992. Sold nationally by the IDSA.

*Universal Design from an Industrial Design Perspective.* Paper presented at Colloquium for the Universal Design Education Project, North Carolina State University. 1992.

*Universal Design Curriculum Development* Co-author, with Daniel M. Fechtner, M.D., Paper presented at the IDSA Annual Meeting, Educators Conference. 1992

*Making Sense of a Spectrum of Users From Two Divergent Disciplines.* Co-author, with Daniel M. Fechtner, M.D., Paper presented at the IDSA Annual Meeting, Educators Conference. 1992

*Universal Design Career Day for High School Students.* (at the Cooper Hewitt National Museum of Design). Co-author, with Daniel M. Fechtner, M.D., Paper presented at the IDSA Annual Meeting, Educators Conference. 1992.

*Is It Fair* Metropolis, magazine, November, 1992, p.57.

*CATIA® (Computer Aided Three-dimensional Interactive Application) User Manual for Industrial Designers.* Co-author, with Clarence Feng and Alexander W.S. Tam. Written under a research agreement No. 8093 with IBM. Published by Pratt Institute, Brooklyn, New York. 1990.