# EXHIBIT D

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**

Reg. No. 1,502,261
Registered Aug. 30, 1988

## TRADEMARK
PRINCIPAL REGISTER



CLM DESIGN, INC. (ILLINOIS CORPORATION), DBA SONS, INC.
SUITE NO. 1
8217 BEVERLY BOULEVARD
BEVERLY HILLS, CA 90048

  FOR: BEACH TOWELS, IN CLASS 24 (U.S. CL. 42).

  FIRST USE 8-15-1985; IN COMMERCE 2-14-1986.
  THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH TOWEL.
  SEC. 2(F).

  SER. NO. 627,482, FILED 10-29-1986.

JANICE O'LEAR, EXAMINING ATTORNEY




United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
    **Serial #:** 73627482    **Filing Dt:** 10/29/1986    **Reg #:** 1502261    **Reg. Dt:** 08/30/1988
    **Registrant:** CLM DESIGN, INC.
    **Mark:**

**Assignment: 1**
    **Reel/Frame:** 3572/0346    **Received:** 07/02/2007    **Recorded:** 07/02/2007    **Pages:** 4
    **Conveyance:** NUNC PRO TUNC ASSIGNMENT
    **Assignor:** CLM DESIGN, INC.    **Exec Dt:** 06/29/2007
        **Entity Type:** CORPORATION
        **Citizenship:** ILLINOIS
    **Assignee:** FRANEK, CLEMENS E.    **Entity Type:** INDIVIDUAL
    4601 POST RD.    **Citizenship:** UNITED STATES
    EAST GREENWICH, RHODE ISLAND 02818
    **Correspondent:** ELAYNA T. PHAM
    919 THIRD AVENUE
    37TH FLOOR
    NEW YORK, NY 10022

Search Results as of: 05/13/2008 02:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

© 2002 trademark.com

**Reference:** unnamed  
**Database(s):** Federal  
**All Owner:** *clm design*

1 record. 
Search

## Table of Contents        Preferences        Final Report Format

### Federal
1.  73-627482        (Design only)    Registered    FRANEK, CLEMENS E.

Return to Table of Contents

## Record 1



| | |
|---|---|
| Mark | (Design only) |
| Status | Registered |
| Status Date | Feb 2, 1994 |
| Register | Principal Sec 2 f |
| Ser./App. No. | 73-627482 |
| Registration No. | 1502261 |
| Int'l Class | 24 - Fabrics |
| Goods/Services | BEACH TOWELS |
| U.S. Class | 42 |
| 1st Use | Aug 15, 1985 |
| Commerce Use | Feb 14, 1986 |
| Filing Date | Oct 29, 1986 |
| Published (Last) | Apr 5, 1988 |
| Registered | Aug 30, 1988 |
| Affidavits | Sec. 8 accepted. Sec. 15 acknowledged. |
| Design Codes | 260102 - Circles, plain single line |

| | |
|---|---|
| Description | THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH TOWEL. |
| TTAB Proceeding | Cancellation 17437 |
| Plaintiff | ALAIN D. BOICE |
| Mark | NO MARK PLEADED |
| Correspondt | DAVID B. NEWMAN, JR., 932 HUNGERFORD DRIVE, SUITE 35-A, ROCKVILLE, MD 20850 |
| Filed | Sep 9, 1988 |
| Status | Terminated  Jun 15, 1991 |
| Decision | Dismissed with Prejudice |
| Correspondent | RAYMOND N. NIMROD<br>JENNER & BLOCK<br>330 N. WABASH ONE IBM PLAZA<br>CHICAGO IL 60611 |
| Applicant | CLM DESIGN, INC., DBA SONS, INC. (IL CORP.)<br>SUITE NO. 1 8217 BEVERLY BOULEVARD<br>BEVERLY HILLS, CA 90048 |
| Registrant | FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL)<br>4601 POST RD.<br>EAST GREENWICH, RI 02818 |

ASSIGNMENTS

| | |
|---|---|
| Reel/Frame | 3572/0346 |
| Assignor(s) | CLM DESIGN, INC. (ILLINOIS CORPORATION) |
| Assignee(s) | FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL), 4601 POST RD., EAST GREENWICH, RHODE ISLAND, 02818 |
| Correspondt | ELAYNA T. PHAM, 919 THIRD AVENUE, 37TH FLOOR, NEW YORK, NY 10022 |
| Date Sgnd/Ack | Jun 29, 2007 |
| Date Recorded | Jul 2, 2007 |
| Brief | NUNC PRO TUNC ASSIGNMENT EFFECTIVE 1311994 |

| Action History | | |
|---|---|---|
| | Mar 24, 2008 | NOTICE OF SUIT |
| | Jul 4, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| | Aug 5, 2005 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| | Feb 2, 1994 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| | Sep 1, 1993 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| | Jun 15, 1991 | CANCELLATION TERMINATED NO. 999999 |
| | Feb 22, 1991 | CANCELLATION DISMISSED NO. 999999 |
| | Nov 9, 1988 | CANCELLATION INSTITUTED NO. 999999 |
| | Aug 30, 1988 | REGISTERED-PRINCIPAL REGISTER |
| | Apr 5, 1988 | PUBLISHED FOR OPPOSITION |
| | Mar 4, 1988 | NOTICE OF PUBLICATION |
| | Feb 2, 1988 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| | Jan 29, 1988 | EXAMINERS AMENDMENT MAILED |
| | Dec 21, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| | Oct 16, 1987 | NON-FINAL ACTION MAILED |
| | Oct 13, 1987 | ALLOWANCE/COUNT WITHDRAWN |
| | Sep 24, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| | Mar 20, 1987 | NON-FINAL ACTION MAILED |
| | Feb 20, 1987 | ASSIGNED TO EXAMINER |

Return to Table of Contents