# EXHIBIT K

## AT IS A SONSPOT

*The Sonspot is the world's greatest beach towel - it's six feet round

*Changing the face of beaches all over the world, the Sonspot is considered the most radical beach fashion item since the bikini

## NOW WHEN THE SUN MOVES, YOUR TOWEL DOESN'T HAVE TO

*The round shape eliminates the need to constantly get up and move your towel as the sun moves across the sky. Instead merely reposition yourself

*A 6-foot round towel keeps the sun worshipper completely off the sand, grass, pool etc.

## ONE FOR LYING, ONE FOR DRYING

*The round Sonspot is packaged with a 24" by 48" rectangular towel which is coordinated in style and design

*Both towels are high quality, plush velours. Made of 100% cotton the ensemble is made in Brazil and comes in jacquard designs

## YOUR SPOT OR MINE

*The unique process required to manufacture the round Sonspot took over two years in the making, but has been perfected by Son International

*Both the name and the round shape of the Sonspot are trademarks of Son International. Patent pending. We have gone to painstaking lengths and have successfully protected ourselves and our customers from "knockoffs"

## BOUND TO BE ROUND

*Full time public relations/promotions staff is headed by Vice President Woody Harrelson, star of the hit TV show Cheers

*Upcoming stories and pictorials are scheduled in numerous fashion magazines (e.g. GQ, Elle) and other national publications (e.g. People, USA Today etc.)

*Son International PR staff willing to coordinate newspaper stories locally with each retailers introduction of the Sonspot

*Sonspot ensemble is available for $19.90 and can be ordered by contacting:

SON INTERNATIONAL
8217 BEVERLY BLVD
L.A., CA 90048
1-800-24TOWEL

PETITIONER'S EXHIBIT 7