# EXHIBIT M

BEACH ENSEMBLE

# HUGE ROUND BEACH TOWEL

## LUXURIOUS BEACH TOWEL — for LYING
## NEARLY 6 FEET IN DIAMETER

PETITIONER'S
EXHIBIT



# *The World's Greatest Beach Towel*

Now when the sun moves, your towel doesn't have to.

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1980 Son International

PETITIONER'S
EXHIBIT
9

SONSPOT ®

# BEACH ENSEMBLE

# HUGE ROUND BEACH TOWEL
## LUXURIOUS BEACH TOWEL — for LYING
## NEARLY 6 FEET IN DIAMETER

PETITIONER'S
EXHIBIT



# *The World's Greatest Beach Towel*
*Now when the sun moves, your towel doesn't have to!*

*One for lying, one for drying! Bound to be round! Don't be square!*
The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International


PETITIONER'S
EXHIBIT
10

*SONSPOT* ®    BEACH ENSEMBLE

PETITIONER'S
EXHIBIT
5

# HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING
### NEARLY 6 FEET IN DIAMETER



## *The World's Greatest Beach Towel*

...Now when the sun moves, your towel doesn't have to!

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made In Brazil

Patent Pending
Copyright 1986 Son International



PETITIONER'S
EXHIBIT
11

SOK v001 ®

TWO TOWEL
BEACH ENSEMBLE

PETITIONER'S
EXHIBIT

# HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING
### NEARLY 6 FEET IN DIAMETER



## *The World's Greatest Beach Towel*
### Now when the sun moves, your towel doesn't have to.

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot© is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International

PETITIONER'S
EXHIBIT
12