# EXHIBIT N




# CALIFORNIA

State of mind. State of hysteria. State of the art of trendy toys, goofy gadgets and mad, made-for-the-sun style. That's why we love it. And these California playthings.

### L.A. LOCKS
Love the look of L.A. locks? They're yours courtesy of Dep's new L.A. Looks Styling Line which includes gel, mousse, spritzer, spray and extra volume styling liquid. Olé L.A. We like your hair style!



### SUMMER CAMP
If the sweet scent of Camp Beverly Hills is what wafts from your Jag, consider they've added a Body Mousse and Bath Powder for summer cooling. And just check the package. That's cool! The brush? Awesome!

### INSTANT TAN
If you want the California look but wouldn't dream of risking sun damage, just pop the lid on Shiseido's Compact Foundation. Used wet or dry (and applied with its own sponge), it gives the safe illusion of a month in the sun.





### SUNSPOT
What's this? A Sunspot and no, it isn't a typo. It's the world's first *round* beach towel, designed by L.A.'s Son International, whipped up by Springmaid. Why round? Aren't you tired of turning your towel to face the sun? Now you needn't.



PETITIONER'S EXHIBIT 14

## Woody Finds New Role

Sept. 1988

# Cheers Star Toasts Success With Innovative Firm

By Cathy Panes

6150 Mision Gorge Rd
Suit 225
San Diego Calif 92120

Woody Harrelson convincingly portrays Woody Boyd, the lovably naive Indiana farm boy turned bartender on the hit TV show, Cheers. In real life, Harrelson is far from gullible, especially when it comes to his business venture. He is the vice president in charge of publicity and marketing for Son International, a beach accessories company based in Hermosa Beach, Calif.

Son International introduced the first round beach towel, SonSpot, last summer and received an overwhelming response from consumers. Retail sales for the first year totaled over $1 million. The purpose of a round beach towel is simple: "Now when the sun moves, your towel doesn't have to."

Their second product to reach stores is the Wave Watch, and like the SonSpot, is attracting attention for its originality. The watch runs on water and needs refilling only once or twice a month simply by wearing it in the shower or during a swim.

The success of the SonSpot towels and Wave Watches has prompted Son International to create additional products for the market. The company is presently in the process of developing an entire line of beach fashion items.

### Starting Out

Son International was founded in 1985 and besides Harrelson, includes Clem Franek, president of the firm, Robert Farrelly, vice president of sales, and Glen Grunwald, chief legal and financial advisor (who also, was former captain of the Indiana University 1981 national championship basketball team).

Franek, previously an investment advisor in Rhode Island, started in business at a young age. At 17, he was in the import/export business, shipping American cars to Europe. He came up with the concept for the round beach towel while, at the beach during a windy day, he was covered with sand as people were getting up to reposition their towels.

"It struck me as something with incredible potential," Franek said. He spent two years developing the towels and trying to find a

**WOODY'S WATCHES** — Woody Harrelson promoting the water-powered Wave Watch, the company's second product to hit the market.

PETITIONER'S EXHIBIT 15

• SUCCESSFUL OPPORTUNITIES

Hair Salon in Birmingham and Powers Modeling Agency threw themselves into the event that reportedly astounded the 450 people who jammed the club. Organizers hope to repeat it next year, said Tim Nasso, a spokesman for the consulate.



Woody Harrelson, star of television's "Cheers" series, relaxes on his other job.

## Is he just fooling around?

This time, we throw ourselves on your mercy. We just don't get it. Woody Harrelson, who plays the naive bartender Woody on "Cheers," is co-owner and a spokesperson for Son International. This California company manufacturers giant — six feet in diameter — round beach towels. Why is round better than square? Why is this company encouraging people to lie out in the sun and roast themselves? We believe we're performing a public service by posing these questions. Think about it. These towels cost between $40 and $50. We say get your fill of the beach while sitting under a nice shade tree.

*By Robin D. Givhan*

Knight-Ridder Newspapers

B aby boome[r]
generation
planned to
immortalit[y]
They've [face]
tucked and their tr[oubles]
liposuctioned middl[e]
Retin-Aed crows' f[eet]

What they have[n't]
removed.

But as the first [of the]
chronological corne[r]
is becoming unavoid[able]
have just about had [it]

The generation [that saw the]
future through rose[-colored glasses is]
now being forced to [see it through]
tinted bifocals.

Boomers are fall[ing prey to]
presbyopia, an age-[related condition]
caused by the harde[ning of the]
eye and the loss of [elasticity]
these emerging pres[byopes, as doctors]
call them, are not a[ccepting this]
deterioration gracef[ully.]

Lynn Diener, for [one,]
refused to admit an[ything. The]
reasons she was squ[inting, cocking her]
head and closing on[e eye while]
reading the newspap[er were simple, by her]
accounts.

I'm tired, she tol[d herself.]
The light isn't qu[ite right.]
My arms are too [short.]

Needing reading [glasses is]
a shattering experie[nce for]
boomers, said optici[an ...]
who sells more than [... an]
average month. "W[e are a]
generation," he said. [" ... like]
a cap on a tooth or a [... making]
you feel like you are[.]

Optometrists do [understand]
the tender feelings o[f boomers]
confronting their mo[rtality for the first]
time. "I try not to u[se the word 'old',"]
explained Dr. Steve A[...]
it light, to say, 'When[ you reach a certain]
point in life ...' or s[omething."]
But they are at a pe[riod where they]
feel they are beginn[ing ...]

PETITIONER'S EXHIBIT 16

# Success Cheers Woody Harrelson



CHEERS bartender Woody Harrelson is conscious of his image.

**By BRUCE EVANS**

'CHEERS' dumb bartender is no dope when it comes to life on the other side of the tavern bar.

As Woody Boyd, he is convincingly slow-witted. As himself, he's Woody Harrelson, talented actor and shrewd businessman.

"I'm very conscious of the image that people have of me from the show," he says. "But I've come to terms with it."

The real Woody, 26, majored in English and theater arts, has written two plays, which he plans to produce in Los Angeles, and is a partner in a beach gear business, selling everything from a large circular beach towel — "so that you don't have to keep turning it around with the sun" — to a digital wrist watch called The Wave, which operates on water rather than batteries. The enterprise brings in a healthy profit.

The beach is the place where he lives now — in a town house where the monthly rent is more than he earned in six months as a struggling actor in New York. Opportunities didn't abound then and he held jobs as a waiter, busboy, runner, and cook before he hit the happy formula with the Woody role on Cheers.

"Sometimes I wish I were more like Woody," he says. "He's such a loving person. I'm capable of being a loving person, but I don't have his naivete."

Ironically, it's the success of Woody's naive character that has brought in enough money for the real Woody to make his mark as a businessman.

"I'm hoping the beach business will make me financially independent enough so that I won't have to accept any roles that I don't think are high quality," he says. "And I have to thank Woody for giving me the means for that."

PETITIONER'S EXHIBIT

## 25 MOST PROFITABLE COMPANIES

Here are the 25 most profitable companies in the United States, as compiled by Forbes magazine on the basis of return on equity during the last three to five years.

- 1. Reebok International, athletic apparel manufacturer.
- 2. CenTrust Savings Bank, savings and loan.
- 3. Anchor Glass, glass container manufacturer.
- 4. Coleco Industries, toy manufacturer.
- 5. Chrysler, car manufacturer.
- 6. Highland Superstores, retailer.
- 7. Seagate Technology, computer equipment manufacturer.
- 8. Columbia Savings & Loan Association, savings and loan.
- 9. Lockheed, aircraft manufacturer.
- 10. Sun Microsystems, computer manufacturer.
- 11. Liz Claiborne, apparel manufacturer.
- 12. Price Co., wholesale merchandiser.
- 13. Limited Inc., retailer.
- 14. Western Savings & Loan, savings and loan.
- 15. Mayfair Super Markets, retailer.
- 16. Subaru of America, auto manufacturer.
- 17. U.S. Healthcare, health maintenance organizations.
- 18. Commerce Clearing House, publisher.
- 19. Home Depot, retailer.
- 20. Student Loan Marketing, loan financing.
- 21. General Motors EDS, computer systems.
- 22. American Continental, financial service and real estate holding company.
- 23. ICH, insurance holding company.
- 24. Kellogg, food manufacturer.
- 25. General Cinema, soft drink manufacturer and theatre chain owner.

PETITIONER'S EXHIBIT 13