# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 58 | DATE | 10/8/2008 |
| CASE TITLE | Franek vs. Walmart Stores, Inc., et al | | |

**DOCKET ENTRY TEXT**

MOTION by Counter Defendants Jay Franco & Sons, Inc., Jay Franco & Sons, Inc., Counter Claimants Clemens Franek, Target Corporation, Clemens Franek, Plaintiff Clemens Franek, Defendants Walmart Stores, Inc., Target Corporation for extension of time to complete discovery and Requesting a Settlement Conference [59] is granted. ENTER AGREED CONSENT ORDER: Time to complete fact discovery is extended to 3/13/09; date that expert reports are due is extended to 4/16/09; and deadline to complete expert discovery is extended to 7/7/09. A settlement conference will be scheduled with a Judge or Magistrate Judge if pending motion for summary judgment is not granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 OCT -8 PM 4:22
FILED-EC