

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and<br>TARGET CORPORATION,<br><br>Defendants. | 08cv0058<br><br>Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENS FRANEK,<br><br>Defendant. | Civil Action No. 08-Civ-~~0058~~ 08c/313<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

## AGREED CONSENT ORDER EXTENDING THE TIME TO COMPLETE DISCOVERY AND ORDERING A SETTLEMENT CONFERENCE

Upon consideration of the Agreed Motion filed by the parties, it is ORDERED that:

1) the deadline to complete Fact Discovery is extended from December 12, 2008 to March 13, 2009; the date that Expert Reports are due is extended from January 16, 2009 to April 16, 2009; and the deadline to complete Expert Discovery is extended from April 3, 2009 to July

1

7, 2009, in order to allow sufficient time for this Court to decide Jay Franco & Sons, Inc,'s pending Motion for Summary Judgment, and if this motion is denied, in order to allow the parties sufficient time to take Depositions and to complete Fact and Expert Discovery; and

    2) a settlement conference will be scheduled with a Judge or Magistrate Judge if Jay Franco & Sons, Inc.'s Motion for Summary Judgment is not granted, at a place and time to be agreed on by this Court and the parties, as soon as possible after this Court's decision on said Motion for Summary Judgment.

                                              Judge Robert M. Dow, Jr.
                                              U.S. District Judge

Dated: October 8, 2008