UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and TARGET CORPORATION,<br><br>Defendants. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENS FRANEK,<br><br>Defendant. | Civil Action No. 08-Civ-1313<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

### AGREED MOTION REQUESTING AN EXTENSION OF TIME TO COMPLETE DISCOVERY AND REQUESTING A SETTLEMENT CONFERENCE

1) The parties previously requested and the Court granted a first extension of time for discovery. The parties are requesting this second extension of time to complete discovery in the event that Franco's Motion for Summary Judgment is not granted, and the settlement conference does not result in a resolution of this case.

1

2) The parties previously requested and the Court ordered that a settlement conference be scheduled with a Judge or Magistrate Judge if Jay Franco & Sons, Inc.'s Motion for Summary Judgment is not granted, at a place and time to be agreed on by this Court and the parties, as soon as possible after this Court's decision on said Motion for Summary Judgment.

3) Accordingly, the parties jointly request that the deadline to complete Fact Discovery be extended from March 13, 2009 (as originally set forth in this Court's Minute Order of October 8, 2008), up to and including July 13, 2009; to extend the date that Expert Reports are due from April 16, 2009 (as originally set forth in this Court's Minute Order of October 8, 2008), up to and including August 6, 2009; to extend the deadline to complete Expert Discovery from August 3, 2009 (as originally set forth in this Court's Minute Order of October 8, 2008), up to and including November 7, 2009, in order to allow sufficient time for this Court to decide Jay Franco & Sons, Inc.'s pending Motion for Summary Judgment, and if this motion is denied, in order to allow the parties sufficient time to take Depositions and to complete Fact and Expert Discovery.

All counsel have provided their written consent to this Motion.

This Motion is not being filed for the purpose of delay or harassment, and it is submitted that the above proposed discovery extensions will not result in any prejudice to any party.

Dated: February 18, 2009

| | |
|---|---|
| CLEMENS FRANEK | JAY FRANCO & SONS, INC. |
| By: /s/ Mark D. Roth<br>   Mark D. Roth (6196815)<br>   markdroth@gmail.com<br>   ORUM & ROTH, LLC.<br>   53 West Jackson Blvd.<br>   Chicago, Illinois 60604<br>   (312) 922-6262 - Office<br>   (312) 922-7747 - Fax<br><br>Attorney for<br>Clemens Franek | By: /s/ Ezra Sutton<br>   Ezra Sutton<br>   esutton@ezrasutton.com<br>   EZRA SUTTON, P.A.<br>   900 Route 9, Suite 201<br>   Woodbridge, New Jersey 07095<br>   (732) 634-3520 - Office<br>   (732) 634-3511 - Fax<br><br>Attorney for<br>Jay Franco & Sons, Inc. |
| WAL-MART STORES, INC. | TARGET CORPORATION |
| By: /s/ Mark A. Paskar<br>   Mark A. Paskar (6271683)<br>   mapaskar@bryancave.com<br>   BRYAN CAVE LLP<br>   161 North Clark Street, Suite 4300<br>   Chicago, Illinois 60601<br>   (312) 602-5000 - Office<br>   (312) 602-5050 - Fax<br><br>Attorney for<br>Wal-Mart Stores, Inc. | By: /s/ Larry L. Saret<br>   Larry L. Saret (02459337)<br>   llsaret@michaelbest.com<br>   MICHAEL BEST & FRIEDRICH LLP<br>   Two Prudential Plaza<br>   180 North Stetson Avenue, Suite 2000<br>   Chicago, Illinois 60601<br>   (312) 222-0800 - Office<br>   (312) 222-0818 - Fax<br><br>Attorney for<br>Target Corporation |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and<br>TARGET CORPORATION,<br><br>    Defendants. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CLEMENS FRANEK,<br><br>    Defendant. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

### AGREED CONSENT ORDER EXTENDING THE TIME TO COMPLETE DISCOVERY AND ORDERING A SETTLEMENT CONFERENCE

Upon consideration of the Agreed Motion filed by the parties, it is ORDERED that:

1) the deadline to complete Fact Discovery is extended from March 13, 2009 to July 13, 2009; the date that Expert Reports are due is extended from April 16, 2009 to August 16, 2009; and the deadline to complete Expert Discovery is extended from August 3, 2009 to November

1

7, 2009, in order to allow sufficient time for this Court to decide Jay Franco & Sons, Inc,'s pending Motion for Summary Judgment, and if this motion is denied, in order to allow the parties sufficient time to take Depositions and to complete Fact and Expert Discovery.

2) The parties previously requested and the Court ordered that a settlement conference be scheduled with a Judge or Magistrate Judge if Jay Franco & Sons, Inc.'s Motion for Summary Judgment is not granted, at a place and time to be agreed on by this Court and the parties, as soon as possible after this Court's decision on said Motion for Summary Judgment.

                                                                                  Judge Robert M. Dow, Jr.
                                                                                  U.S. District Judge

Dated: February 18, 2009