Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 58 | DATE | 2/23/2009 |
| CASE TITLE | Franek vs. Walmart Stores, et al | | |

**DOCKET ENTRY TEXT**

MOTION by Defendant Walmart Stores, Inc. for extension of time to complete discovery [63] is Granted. ENTER AGREED CONSENT ORDER EXTENDING THE TIME TO COMPLETE DISCOVERY AND ORDERING A SETTLEMENT CONFERENCE: the deadline to complete fact discovery is extended to 7/13/09; the date that expert reports are due is extended to 8/16/09; and the deadline to complete expert discovery is extended to 11/7/09. Notice of Motion date of 2/26/09 is stricken and no appearances are necessary on that date.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

