## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| JAY FRANCO & SONS, Inc., | ) | |
| | ) | Civil Action No. 1:08-cv-01313 |
| Plaintiff, | ) | Consolidated with No. 1:08-cv-0058 |
| | ) | |
| v. | ) | Judge Dow |
| | ) | |
| CLEMENS FRANEK, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, April 1, 2009 at 9:15 a.m.**, we shall appear before the Honorable Judge Dow, or any Judge sitting in his stead, in Room 1919 at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago 60604 and present our **Motion To Amend Order Of March 13, 2009 Pursuant To Rule 59(e)**, herewith served upon you.

/s/ Mark D. Roth

### PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Motion To Amend Order Of March 13, 2009 Pursuant To Rule 59(e)**, via ECF notification to counsels of record on March 23, 2009.

/s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262