**NOTICE OF APPEAL TO A COURT OF APPEALS
FROM AN ORDER OF A
DISTRICT COURT**

United States District Court for the Northern
District of Illinois

File Number: 08-cv-0058
Consolidated with 08-cv-1313

| | | |
|---|---|---|
| JAY FRANCO & SONS, Inc., | ) | |
| Plaintiff/Appellee, | ) ) ) | Case No: 08-CV-0058 |
| v. | ) ) | |
| CLEMENS FRANEK, | ) ) | |
| Defendant/Appellant. | ) | |

| | | |
|---|---|---|
| CLEMENS, FRANEK, | ) ) | |
| Plaintiff, | ) ) | Case No: 08-cv-0058 |
| | ) | |
| WALMART STORES, INC., and TARGET CORPORATION | ) ) ) | |
| Defendant. | | |

**NOTICE OF FILING**

To:   Please see attached Service List

PLEASE BE ADVISED that we have on April 28, 2009 caused to be filed a **Notice of Appeal**.

/s/ Mark D. Roth

## **PROOF OF SERVICE**

     I, Mark Roth, an attorney, certify that I served **Notice of Appeal**, by mailing a copy to counsels of record, by U.S. Mail postage pre-paid on or before 5:00 pm. on April 28, 2009.

                                              /s/ Mark D. Roth

Mark D. Roth(ARDC#6196815)
Beata Bukranova (ARDC#6282593
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262