# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 30, 2009

**To:**   Michael W. Dobbins
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 09-2155
>
> Caption:
> CLEMENS FRANEK,
> Plaintiff - Cross-Defendant - Appellant
>
> v.
>
> WALMART STORES, INCORPORATED and TARGET CORPORATION,
> Defendants - Appellees
>
> and
>
> JAY FRANCO & SONS, INCORPORATED,
> Cross-Plaintiff - Appellee
>
> District Court Nos: 1:08-cv-00058 & 1:08-cv-01313
> Court Reporter Lois LaCorte
> Clerk/Agency Rep Michael Dobbins
> District Judge Robert Dow
>
> Date NOA filed in District Court: 04/28/2009

If you have any questions regarding this appeal, please call this office.