# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAY FRANCO & SONS, INC., | |
|       Plaintiff/Appellee, | Civil Action No. 08-cv-0058 |
| v. | |
| CLEMENS FRANEK, | Judge Robert M. Dow Jr. |
|       Defendants/Appellant. | |
| | Appeal No: 09-2155 |

## NOTICE OF FILING

PLEASE BE ADVISED that we have on May 18, 2009 caused to be filed **Appellant Clemens Franek's Designation of Record On Appeal**.

/s/ Mark D. Roth

## PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Appellant Clemens Franek's Designation of Record On Appeal** via ECF notification to counsels of record on May 18, 2009.

/s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262