# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAY FRANCO & SONS, Inc., | ) |
| | ) Civil Action No. 08-cv-0058 |
| Plaintiff/Appellee | ) Consolidated with No. 1:08-cv-1313 |
| | ) |
| v. | ) Judge Dow |
| | ) |
| CLEMENS FRANEK, | ) Appeal No: 09-2155 |
| | ) |
| Defendant/Appellant. | ) |

## APPELLANT'S TRANSCRIPT CERTIFICATE

The Appellant, Clemens Franek, through his counsel Mark D. Roth of Orum & Roth LLC hereby states that he shall not order any transcripts.

Dated: May 18, 2009

                                        Respectfully submitted,

                        By:    /s/ Mark D. Roth

Mark D. Roth
Beata Bukranova
Orum & Roth LLC
53 W. Jackson Blvd., Ste 1616
Chicago, IL 60604
312-922-6262