**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAY FRANCO & SONS, INC., | |
| Plaintiff/Appellee, | Civil Action No. 08-cv-0058 |
| v. | |
| CLEMENS FRANEK, | Judge Robert M. Dow Jr. |
| Defendants/Appellant. | |
| | Appeal No: 09-2155 |

**NOTICE OF FILING**

PLEASE BE ADVISED that we have on May 18, 2009 caused to be filed **Appellant's Transcript Certificate**.

/s/ Mark D. Roth

**PROOF OF SERVICE**

I, Mark D. Roth, an attorney, certify that I served **Appellant's Transcript Certificate** via ECF notification to counsels of record on May 18, 2009.

/s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262