

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



312-435-5670

June 1, 2009

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Franek -v- Walmart Stores, Inc.

U.S.D.C. DOCKET NO. : 08 cv 58 & 08 cv 1313

U.S.C.A. DOCKET NO. : 09 - 2155

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S):    2

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF LOOSE PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:          *08cv58 and 08 cv1313 are consolidated*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:  s/D. Jordan
     Deputy Clerk