# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 29, 2009

*By the Court:*

| | |
|---|---|
| No.: 09-2155 | CLEMENS FRANEK, <br> Plaintiff - Cross-Defendant - Appellant <br><br> v. <br><br> WALMART STORES, INCORPORATED and TARGET CORPORATION, <br> Defendants <br><br> and <br><br> JAY FRANCO & SONS, INCORPORATED, <br> Cross-Plaintiff - Appellee |

| **Originating Case Information:** |
|---|
| District Court Nos.: 1:08-cv-00058 & 1:08-cv-01313 <br> Northern District of Illinois, Eastern Division <br> District Judge Robert M. Dow |

The following is before the court: **APPELLEE FRANCO'S MOTION TO CORRECT CAPTION**, filed on June 22, 2009, by counsel for appellee Jay Franco & Sons, Incorporated.

On June 23, 2009, this court ordered the appellant to file a response to the motion by June 30, 2009. To this date, no response has been filed. Accordingly.

**IT IS ORDERED** that the clerk of this court shall modify the docket to reflect that Walmart Stores, Incorporated and Target Corporation are not parties in this appeal.

form name: **c7_Order_BTC** (form ID: **178**)